EXHIBIT 1

EXHIBIT 1

Senvoy - Delivering Anything, Anywhere, On Time



DELIVERING ANYTHING, ANYWHERE, ON TIME.
503 234 7722 · 866 373 6869 · FAX 503 230 7061



Our individually trained, professional, and fully uniformed drivers carry a photo ID at all times!

**COMPARE RATES AND SERVICES**

|  | FedEx | UPS | SENVOY |
|---|---|---|---|
| Albany | $26.19 | $27.27 | $13.20 |
| Ashland | $75.79 | $70.16 | $13.20 |
| Astoria | $28.22 | $66.12 | $13.20 |
| Aumsville | $32.32 | $66.12 | $13.20 |
| Aurora | $67.12 | $53.92 | $13.20 |
| Baker City | $40.99 | $64.33 | $19.80 |
| Bandon | $32.32 | $23.46 | $13.20 |
| Banks | $67.12 | $30.46 | $30.80 |
| Bellevue | $67.12 | $58.27 | $13.20 |
| Bend | $67.12 | $58.27 | $13.20 |

Rates for delivery by 12 Noon up to 2 pounds

| ABOUT | SERVICES | ACCOUNTS | FAQ | CONTACT | INFO | NEWS |
|---|---|---|---|---|---|---|

**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

 



PORTLAND METRO SERVICE ROUTE



OPEN AN ACCOUNT TODAY!

From large freight shipments to small items and envelopes, Senvoy® handles it all! We offer door-to-door service across the Pacific Northwest, into Northern California and Western Idaho - with professionalism and pride unmatched in the delivery business.

**Our Mission:** Meeting the expedited transportation needs of business and industry with consistent, reliable, affordable options thoughout the Pacific Northwest. Customers! Service! All the time. Everytime.

ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061



EXHIBIT

99

Brazie

SENVOY-DOL 001983

map-overnight.jpg %d×%d pixels



SENVOY-DOL 001984

About Senvoy





SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

**HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS**



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Senvoy offers off-site storage!** Do you need off-site storage? We'll pick up your first load of 250 boxes for free with a 6-month storage commitment!

**Senvoy, LLC was established in March 1999 and immediately became one of the largest expedited delivery services in the region – capturing market share from a variety of competitors and creating new services for several major customers.**

## CUSTOMER SERVICE PHILOSOPHY

Our staff is dedicated to reacting quickly when an issue arises. We pride ourselves in working with our customers proactively, analyzing ways to stop problems before they can affect a shipment. We're not just "thinking outside the box," we're thinking all about the box.

### Our customer service goals:

- First and foremost, an unwavering commitment to our customers
- A pride in being the absolute best at what we do – judging ourselves not against the competition, but against ourselves.
- Forging relationships with customers on a personal level
- Fulfilling and maintaining, if not exceeding, all expectations for each customer

## LEADERSHIP

Senvoy has assembled some of the most talented management and operations personnel in the industry, most of whom have been together in the field since 1991. Our teams' combined experience ranges from courier driving to operational systems design, from dispatch to logistics management, and from customer service representation to client management. We'll be happy to provide bios of our team.

## OPENING AN ACCOUNT

Let us prove our performance. We're confident that you will be impressed. Hesitant to convert all of



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 001985

About Senvoy

your business to us initially? No problem, we understand. Compare our service abilities against your current provider by allowing us to handle a small portion of your work. Many clients begin service with just a few daily pick ups and deliveries per week, and then increase service volume over time. Your first step? **Open an account now!**

Establishing a service relationship is simple – our implementation team works with you and the appropriate departments to ensure a seamless transition from your existing service to Senvoy. From the initial sales introduction and account analysis phase, to account set-up and final hand-off to the operations group, our experienced team will be actively involved throughout the entire process.

Contact our Sales Department at 503-234-7722 or toll free at 1-866-3SENVOY.

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 001986

Senvoy's Many Services





SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

**HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS**

## Senvoy Services

**Delivering Anything, Anywhere, On-Time.**

**Senvoy's catch-line says it all! We move your delivery fast, on time and with professional drivers. We'll call when its done and let you know, "It's already there!"**

Senvoy provides a vast array of delivery, logistics, warehousing and material management services to a diverse range of clients across the Pacific Northwest and around the country. Time sensitive delivery is the company's specialty and it has moved products from 12-ton transformers to single microprocessors. Delivery services are provided to retail and wholesale businesses for both same-day and next-day service across Oregon, Washington, and parts of Western Idaho and Northern California.



### ON-DEMAND SERVICES

"Delivering Anything, Anywhere, On Time"... Expedited delivery of your time-sensitive goods and documents from the largest team of drivers in the area!

- More Info

### TRACK A PACKAGE

Tracking #

### ACCOUNT LOG IN

User Name



PORTLAND METRO SERVICE ROUTE



OVERNIGHT LINE HAUL ROUTES



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 001987

Senvoy's Many Services

## ROUTED SERVICES

The most comprehensive Route Service System in the Portland Metro Area! Canvassing the metro area up to four times a day, for as little as $9 per order! Next-day by noon delivery to over 120 cities throughout the Pacific Northwest!

- More Info

## TECHNOLOGY RESOURCES

Senvoy's in-house I.T. staff has developed customized programs to help us stay at the forefront of courier technology. What can we do for you?

- More Info

## WAREHOUSING & FREIGHT DISTRIBUTION

With over 35,000 feet of warehouse space and over 300 vehicles in our company and driver fleet, we are ready to handle your freight movement and storage needs!

- More Info

## FULFILLMENT SERVICES

Along with warehousing, Senvoy also offers Pull, Pack & Ship services with in-house inventory management.

- More Info

## CUSTOMER SUPPORT SERVICES

At Senvoy, Customer Service isn't a department...it's an attitude. Available 24/7/365, Senvoy staff is available to take your calls and help with any and all of your courier service needs.

- More Info

## SPECIALTY SERVICES

Senvoy has expanded and developed its interconnecting service systems to allow us to handle work for a wide variety of specialized industries with specific service needs and requirements. Customized programs can be developed to help you take advantage of our Route Service foundation.

- More Info

**Did you Know?**

**Competitive Rates!** Senvoy has competitive rates. Shop & compare! Have Senvoy deliver for as little as $5!

SENVOY-DOL 001988

e-Courier



SENVOY-DOL 001989

http://www.senvoy.com/senvoy_online2.php[8/28/2017 2:06:00 PM]

Senvoy FAQ



PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



Frequently Asked Questions

### Holiday delivery schedule

Our holiday operations schedule is listed here.

### Certificate of Insurance

Our certificate of insurance is available as a PDF download.



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



**Did you Know?**

**State of the art accountability!** Senvoy has real-time tracking, paperless billing and electronically captured signature POD's!



**Points of Interest.**

Certificate of Insurance
SENVOY-DOL 001990

Senvoy FAQ

Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 001991

Contact Senvoy





**HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS**



Senvoy - Whatever your delivery need - from palletized shipments to bank or credit union exchanges, multiple branch pickups or a rush order across town - Senvoy can deliver. Timely, cost effective and professional - that's Senvoy.



**Contact any of our sales personnel at:**

**Phone:** 503 234 7722

**Toll Free:** 866 373 6869

**Fax:** 503 230 7061

**Email** - General Inquiry: inquiry@Senvoy.com

**Email** - Meredith Greenwood
Regional Accounts Manager / Sales Diva
mgreenwood@Senvoy.com

**Email** - Greg Nystrom
Vice President of Customer Relations
gnystrom@Senvoy.com

**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



**Did you Know?**

**Can I see some ID?**
Our professional, fully
uniformed couriers carry photo
ID at all times!



**Points of Interest.**

Certificate of Insurance

SENVOY-DOL 001992

Contact Senvoy

Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 001993

Senvoy Extras



SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



## Helpful Information

Helpful information to enhance your daily life, on the job and off the job.

- Deliveries around holiday schedules.
- Check out traffic conditions.
- Check out weather conditions.
- Watch some safety tip videos.



### TRACK A PACKAGE

Tracking #

### ACCOUNT LOG IN

User Name

### Did you Know?

**Controlled Tracking!** Each order is bar-coded & scanned from pickup to delivery to ensure that your package is tracked every step of the way!





**Points of Interest.**

Certificate of Insurance
SENVOY-DOL 001994

Senvoy Extras

Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 001995

Senvoy News | Delivering Anything, Anywhere, On Time.



# Senvoy News

*Delivering Anything, Anywhere, On Time.*

Senvoy Home    Senvoy News    Services    Accounts    FAQ    Contact    Info

## Not Found

Apologies, but no results were found for the requested archive. Perhaps searching will help find a related post.

[                              ]  [ Search ]

### Archives

### Categories

- No categories

### Meta

- Log in
- Entries RSS
- Comments RSS
- WordPress.org

### Search Senvoy News

[                    ]  [ Search ]

**Senvoy News - Senvoy Home.**

*Powered by WordPress.*

SENVOY-DOL 001996

http://www.senvoy.com/news/[8/28/2017 2:06:31 PM]

map-overnight.jpg %dx%d pixels

SENVOY

DELIVERING ANYTHING. ANYWHERE. ON-TIME.

www.senvoy.com 503-234.7722

- **I-5 Corridor** - from Marysville, Washington to Ashland, Oregon.
- **I-84 Corridor** - from Portland to Pendleton - also servicing the Tri-Cities area and now, Boise, Idaho.
- **Hwy 97 Corridor** - Central Oregon, including Burns, John Day, La Pine and Sisters.
- **Hwy 101 Corridor** - from Astoria to Gold Beach, Oregon.

SENVOY-DOL 001997

Senvoy: Technology Resoources



## SERVICES

### Senvoy Technology Resources

**When our owner, Jerry Brazie, went looking for a new operating system three years ago after it became quite clear we'd outgrown our old one, we ran into the same story across the country. Upon describing his vision for what we wanted to make our company most effective for our customers, the overwhelming response from every vendor was either, "You don't need *that*!" or "*Why* would you need that?!"**

Clearly, they just didn't get it. We persevered...and finally found a vendor who, while they didn't quite work outside the box, they at least let us get our own hands on the box! Our I.T. Guru, Chann Becker, broke it open, shook it up, and recreated it to match Jerry's vision.

Now, when we see a problem, or the potential for making systems work better, technology is on our side. This has proven very effective time and again, in helping us address customer needs, offer more than our competition, and in helping us grow.

Three years ago, walking into our dispatch office, you would have seen 3-4 dispatchers. Each one working with four phones, talking to multiple drivers at once. This is important to know because the average dispatcher in this environment is only dispatching at an 80% accuracy rate by two o'clock in the afternoon. After six or seven hours dispatching, a dispatcher grows tired and stressed in this environment. Not only does this custom designed environment free them from dispatching in this way, resulting in greater accuracy and on-time percentage, we are also able to do it with half as many dispatchers as an average courier company would use. This allows us to keep prices low while offering a much higher level of customer service.

If this technology sounds like something you could use in your business...are you dispatching your own team of drivers?...we can work with you to bring this program to your business. Or, we can dispatch for you! Contact our sales team to learn more!



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**24/7/365!** Senvoy drivers are available to take care of your transportations challenges – 24/7/365!



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 001998

Senvoy: Technology Resoources



**Taking our technology advances a step further, Senvoy I.T. has designed and developed the Opti-Route System™.**

The biggest challenge for our route vendors has always been how to fit all of the on-call mail stops we give them each day into their existing time-sensitive, pre-scheduled routes. Always challenging, often frustrating, this task is the single most time-killing factor for their businesses. The human brain is just not programmed to reconfigure efficient routes on the fly. The frustration it can cause often burns out the best of drivers. How could we eliminate that frustration and increase superior customer service?

Senvoy Opti-Route™! Our new system launched in April, 2010, and has proven most effective. Opti-Route™ takes the thought process out of the routing. For the vendors who choose to take advantage of this system, they simply scan each of their packages and envelopes, electronically accepting them as "on-board" and Opti-Route™ takes over, automatically aligning all of the orders into the most efficient route possible - while also taking into account specific pre-scheduled route stops that must be made at set times.

We've seen routes run faster with greater driver efficiency, fuel savings, and most of all, HAPPIER CUSTOMERS!

Yet another development of in-house I.T. is our On-Line Order Entry system launched in 2009. Now customers have even greater access and control over their orders. Over 90% of our daily orders are now entered on-line through a variety of methods, based on customer needs. Whether you need to place one or two orders a day, or 100, On-Line access provides a quick and easy link to your account.

The On-Line system lets you place orders, print bar-coded address labels, track order progression, and easily see when orders have been delivered and to whom! If you haven't tried our services on-line yet – contact our sales team today! We'll be happy to set you up.

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 001999

Senvoy: On Demand Delivery Services





PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



**Delivering Anything, Anywhere, Anytime. Across the street, across the state, or around the world. The Senvoy On-Demand Department responds to each customers' need on an individual basis with the appropriate level of service and resources.**

Utilizing the latest in "Artificially Intelligent, Automated Dispatch," our On-Demand team boasts a 98% on time service record, while handling an industry-leading average of more than 800 expedited deliveries per day.

Taking advantage of over 200 Courier contacts in the industry, we can facilitate the movement of work in all shapes and sizes. From small envelopes and parts, to oversized loads and pallets... Senvoy On-Demand is here to meet your timing and volume requirements. All regional and national deliveries are supported by scheduled airline, charter air carriers and other Senvoy surface transportation resources, guaranteeing that our On-Demand team can handle any delivery, anywhere, on time.



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



PORTLAND METRO SERVICE ROUTE



OVERNIGHT LINE HAUL ROUTES

#### Have you tried Senvoy Replacement Driver Service?

Let us arrange to replace your vacationing or unexpectedly absent drivers anytime! For the day, the week, or the month – with as little as an hours' notice! Let us supplement your own fleet – typically at significantly lower costs – providing enhanced capability and flexibility to your own driving team.

As part of our Senvoy Green Initiative, along with our Downtown Walker Service, 2010 has seen the



**Did you Know?**

**Senvoy Loves PDX!** Freight moving to and from PDX

SENVOY-DOL 002000

Senvoy: On Demand Delivery Services

launch of our Senvoy Bike Messenger Service. Our bike contacts are able to pick up and deliver all downtown to downtown orders! They are able to get in and back out more quickly and order completion happens just that much more quickly when sometimes every minute counts!

Nothing is more important than the security of our customers. That is why we make sure that any bike vendor we send to handle your work is easily recognizable in our custom-designed Senvoy uniforms and gear, and of course, they also wear our Senvoy picture ID badges.



Airport? Call us! We'll move your airfreight fast, efficient, and cost-effective.

**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002001

Senvoy Extras



SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



## Helpful Information

Helpful information to enhance your daily life, on the job and off the job.

- Deliveries around holiday schedules.
- Check out traffic conditions.
- Check out weather conditions.
- Watch some safety tip videos.



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



**Did you Know?**

**Can I see some ID?**
Our professional, fully uniformed couriers carry photo ID at all times!



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 002002

Senvoy Extras

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002003

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 8/23/2011 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER Beecher Carlson Insurance Agency, LLC<br>220 NW 2nd Avenue, Suite 800<br>Portland, OR 97209<br><br>www.beechercarlson.com | CONTACT NAME: | | |
|---|---|---|---|
| | PHONE (A/C, No, Ext): 503-222-1831 | | FAX (A/C, No): 503-274-0323 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : National Surety Corporation | | |
| INSURED<br>Senvoy LLC<br>PO Box 14607<br>Portland OR 97293 | INSURER B : Saif | | |
| | INSURER C : Travelers Indemnity Company | | |
| | INSURER D : Federal Insurance Company | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: 10956834          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY<br>✓ COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE ✓ OCCUR<br><br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PRO-JECT ☐ LOC | | | ABC80865513 | 8/18/2011 | 8/18/2012 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| A | AUTOMOBILE LIABILITY<br>✓ ANY AUTO<br>☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS<br>✓ HIRED AUTOS ✓ NON-OWNED AUTOS | | | ABC80865513 | 8/18/2011 | 8/18/2012 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A | ✓ UMBRELLA LIAB ✓ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | CGU00048501944 | 8/18/2011 | 8/18/2012 | EACH OCCURRENCE | $ 3,000,000 |
| | | | | | | | AGGREGATE | $ 3,000,000 |
| | | | | | | | | $ |
| | | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | 523065 | 7/1/2011 | 7/1/2012 | ✓ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| C<br>D | Motor Truck Cargo<br>Crime | | | QT6605731B882<br>68013420 | 8/18/2011<br>8/18/2011 | 8/18/2012<br>8/18/2012 | Limit      $100,000<br>Limit      $100,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

RE: Contract #FC120228JW / from Solicitation #FC120204W - Mail and Package Courier Services
TriMet and it's directors, officers, representative, agents and employees are
included as an additional insured under the General Liability per form AB9189 08/07 and under the Automobile Liability
per form CA7018 10/01 as required by written contract, subject to the policy terms, conditions and exclusions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE<br><br>(PORT) John Stott |

© 1988-2010 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2010/05)          The ACORD name and logo are registered marks of ACORD          SENVOY-DOL 002004

CERT NO.: 10956834    (PORT) Susan Reynolds 8/23/2011 11:25:01 AM Page 1 of 9

About Senvoy





SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



## Senvoy Observed Holidays

**At Senvoy, we are available to handle your shipping needs 24/7, 365 days a year. But, in the interest of keeping our beloved staff sane, we do try to observe national holidays.**

On the days listed below, our normal Route Services – both Portland Metro Area and Outer Area, are not in operation. However, we always have On-Demand drivers ready to fill in and take care of urgent needs and work that can't take a day off. Our Dispatch crew is here to answer your calls and questions, and orders can also still be entered On-Line.

If a holiday falls on a weekend, it will be observed either Friday or Monday, whichever is applicable.

### JANUARY

New Year's Day
Martin Luther King Day

### FEBRUARY

President's Day

### MAY

Memorial Day

### JULY

Independence Day

### SEPTEMBER

Labor Day

**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



**Did you Know?**

**The Northwest is covered.**
Senvoy's team of over 200 drivers deliver to over 120 Pacific Northwest cities every day? John Day? Brookings? Newport? Green? Rogue River? Ontario? No problem! Next Day!



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 002005

About Senvoy

## OCTOBER

Columbus Day

## NOVEMBER

Veterans Day
Thanksgiving Day
Day After Thanksgiving (except for state or federally chartered financial institutions)

## DECEMBER

Christmas Day

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002006

Senvoy: Routed Delivery Services





SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS

## Senvoy Routed Delivery Services

**Efficient, far-reaching, and cost-effective, the Routed Systems of Senvoy have been developed to meet the needs of our customers throughout the Pacific Northwest. By taking advantage of the entire system, customers can see their packages move across town up to four times a day, or across the state overnight for next day delivery by noon – for as little as $4!**

**Portland Metro Area Route Services** cover an area from North Vancouver to Wilsonville and Hillsboro to Gresham, up to four times a day. Outlying areas, such as Battle Ground, Forest Grove, Woodburn and McMinnville tie in with both day and night route services so we can always cover our customers who find themselves a bit further afield!

**Outer Area Overnight Route Services** allows us to connect to or from over 100 cities on a Next-Day basis, with delivery typically made by noon! Be sure to check our rates for Next-Day service – we rival FedEx and UPS in many destinations, with lower pricing and earlier delivery times!



Using these systems, Senvoy provides an excellent option for both regular, scheduled shipments or on-call, as needed shipments. We move work between branch offices, from vendors to their customers, between professional services providers and their clients, and between medical offices and their laboratories! If you need it to move, we can make it happen! Fast, efficient, cost-effective. Whether you have one shipment a day or a hundred, we have built the network to handle it.

**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name



PORTLAND METRO SERVICE ROUTE



OVERNIGHT LINE HAUL ROUTES



Did you Know?

**Senvoy Offers Replacement driver services.** Are your own

SENVOY-DOL 002007

Senvoy: Routed Delivery Services



drivers on vacation? Called in sick? Short-handed? Call Senvoy about Replacement Driver Services! We can help - in your vehicles or ours with as little as an hour notice!

**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002008

Senvoy: Warehousing and Distribution Services



**SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.**

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS

## Senvoy Warehousing and Distribution

**Senvoy's centrally located Portland warehouse, with easy access to both I-5 and I-84, allows us to receive, process, store, load, and ship product with efficient and affordable solutions to your freight handling needs.**

With an in-house inventory management system in place, we can keep you apprised of inventory levels and manage the movement of your products – from bulk, boxed shipments to small parts inventory control.



We are available for both short and long term storage, and Pull, Pack and Ship services, all handled within our secure building. Monitored by Sonitrol, Senvoy's offices and warehouse are accessible by monitored key-card entry, with 12 security cameras and 24/7 on-site staffing.

**Need your files stored? Call us! We'll pick up the first 250 boxes at no charge! (Six month minimum storage commitment required for free transport)**

Need parts stored? Inventoried? Pulled and shipped to your waiting customers? Call us!

Taking advantage of our more than 200 Courier contacts, we can move loads of virtually any size – across town, across the state – wherever you need us! Quick, efficient and affordable – Senvoy has the solution to your warehousing and delivery challenges.



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Senvoy Offers Storage Services!** Running low on space? We can help! Let us store your file boxes, overflow records, excess office furniture, etc! Over 55,000 square feet of storage space available!



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 002009

Senvoy: Warehousing and Distribution Services



HOME · ABOUT · SERVICES · ACCOUNTS · FAQ · CONTACT · INFO · NEWS

©2010 Senvoy, LLC · 503.234.7722 · 866 373-6869 · Fax 503.230.7061

SENVOY-DOL 002010

Senvoy: Fulfillment Services





PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

**HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS**

## Senvoy Fulfillment Services

**Senvoy has systems in place and the ability to manage and maintain vital product fulfillment functions for your business! We can handle any product in virtually any quantity while offering you the ability to monitor inventory and track any part on-line!**

Fulfillment Services Division can provide product distribution to individual local addresses across our Pacific Northwest service area from either a customer's location or from our own warehouse. Or, for nationwide shipping, you can take advantage of our deeply discounted Fed-Ex Express Shipping rates.

At Senvoy, we can store, pick, pull and deliver any type of product from small and large machine parts to auto, electronic, and computer parts.

We offer 60 – 90 minute delivery in most areas that we serve, assuring customers that equipment and personnel are back to work with needed parts in the fastest time possible!





**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

**Did you Know?**

**Personalized Service!** Call or email Account Executive/Sales Diva, Meredith Greenwood, or her assistant, Audra Bunch, for a personally tailored quote to suit your needs!

SENVOY-DOL 002011

Senvoy: Fulfillment Services



HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002012

Senvoy: Customer Support



**SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.**

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



## Senvoy Customer Support

**Customer service and communication. Corporate watchwords at Senvoy. Our systems are developed and our personnel trained to ensure your delivery requirements are handled exactly as you expect every time, every day. Consistent, reliable communication is integral in meeting those expectations.**

We provide 24-hour, seven-day-a-week customer service support, on-line account access with real time tracking and the latest in "artificial intelligent" dispatching to ensure the correct handling of our customers' orders.

When calling our office, you will reach professional, friendly, trained representatives who will be able to answer virtually any question about your courier needs. We believe our customer service team is amongst the best in the business simply because they understand that meeting a customer's need is why we exist. The operations and customer service functions at Senvoy are supported by a seasoned, professional management team that has been together since the company began in 1998.

**Whatever your needs, Senvoy can help.**





**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

**Did you Know?**

**Personalized Service!** Call or email Account Executive/Sales Diva, Meredith Greenwood, or her assistant, Audra Bunch, for a personally tailored quote to suit your needs!



SENVOY-DOL 002013

Senvoy: Customer Support

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002014

Senvoy: Specialty Industry Services



SENVOY – DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

**HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS**


### Senvoy Specialty Industry Services

### Real Estate Industry

One of the foundations of our company, we move work for title companies, mortgage brokers, county recording offices, interoffice mail, postal mail, client gift baskets and more!

### Banking Courier and Distribution Services

Handling large, mid-sized, and community banks, as well as credit unions, Senvoy designs customized programs to meet the very diverse needs of financial institutions. Some of this includes moving interbranch mail – often managing materials from nightly pick up to fine-sort to morning delivery, time-sensitive transactional activity to processing centers, deposit services, supplies transport, and materials storage.

### Medical and Laboratory Testing Industries

This includes pharmaceuticals, durable medical equipment, home medical equipment, lab samples – just a small sample of the work we move as the largest courier servicing the medical industry in the Pacific Northwest.

### Bulk Distribution

Senvoy has resources to move products from a diverse range of businesses! Some of these include auto parts, framing supplies, library books, janitorial supplies, construction supplies and even food products like cheesecake!

### Replacement Driver Services

Our staff is available anytime to replace your vacationing or unexpectedly absent drivers! For the day, the week, or the month – with as little as an hours' notice! Let us supplement your own fleet – typically at significantly lower costs – providing enhanced capability and flexibility to your own driving team.

**Whatever your needs, Senvoy can help.**



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Senvoy Offers Replacement driver services.** Are your own drivers on vacation? Called in sick? Short-handed? Call Senvoy about Replacement Driver Services! We can help - in your vehicles or ours with as little as an hour notice!



SENVOY-DOL 002015

Senvoy: Specialty Industry Services



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002016

Senvoy Extras





SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 284 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



Current traffic condition feeds. Refresh this page to see updates. We also have a selection of traffic cameras as well.

### Portland Traffic Feeds

Nothing to display. Probably this happens because the corresponding digest has no valid source feeds or there is no data matching filter conditions you specified.
This widget is powered by Feed Informer.

### Seattle Traffic Feeds

Nothing to display. Probably this happens because the corresponding digest has no valid source feeds or there is no data matching filter conditions you specified.
This widget is powered by Feed Informer.

**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Senvoy Loves PDX!** Freight moving to and from PDX Airport? Call us! We'll move your airfreight fast, efficient, and cost-effective.



**Points of Interest.**

Certificate of Insurance
SENVOY-DOL 002017

Senvoy Extras

**Traffic Cameras**

Senvoy Observed Holidays

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002018

http://www.senvoy.com/info/traffic.html[8/28/2017 2:08:11 PM]

Senvoy Extras: Weather



**SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.**

PH 503.234.7722
TF 866.3SENVOY (866.373.6869)
FAX 503.230.7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS


## Weather Conditions

Click any of the images for more detailed information, including extended forecasts.



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Room to grow!** Senvoy has 55,000 square feet of high security, controlled access warehousing available!



**Salem, OR**
Partly Cloudy
Humidity: 27%
Visibility: 10 miles/16 km
Wind: NNW at 5 mph / 7 km/h
Updated: 01:56 PM
**92°F / 33°C**
Click for Forecast

**Hood River, OR**
Clear
Humidity: 16%
Visibility: 7 miles/11 km
Wind: Variable at 4 mph / 6 km/h
Updated: 01:53 PM
**95°F / 35°C**
Click for Forecast

**Astoria, OR**
Clear
Humidity: 44%
Visibility: 10 miles/16 km
Wind: West at 7 mph / 11 km/h
Updated: 01:55 PM
**84°F / 29°C**
Click for Forecast

**Klamath Falls, OR**
Haze
Humidity: 19%
Visibility: 2 miles/4 km
Wind: SSE at 6 mph / 9 km/h
Updated: 01:53 PM
**89°F / 32°C**
Click for Forecast

**Bend, OR**
Clear
Humidity: 8%
Visibility: 10 miles/16 km
Wind: Variable at 5 mph / 7 km/h
Updated: 01:55 PM
**99°F / 37°C**
Click for Forecast



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 002019

**Lincoln City, OR** — Updated: 01:55 PM
WEATHER UNDERGROUND
Mostly Cloudy
Humidity: 64%
Visibility: 7 miles/11 km
Wind: SW at 9 mph / 15 km/h
70°F / 21°C
Click for Forecast

**The Dalles, OR** — Updated: 01:53 PM
WEATHER UNDERGROUND
Clear
Humidity: 16%
Visibility: 7 miles/11 km
Wind: Variable at 4 mph / 6 km/h
95°F / 35°C
Click for Forecast

**Baker City, OR** — Updated: 01:53 PM
WEATHER UNDERGROUND
Clear
Humidity: 15%
Visibility: 10 miles/16 km
Wind: Variable at 4 mph / 6 km/h
93°F / 34°C
Click for Forecast

**Seattle, WA** — Updated: 01:53 PM
WEATHER UNDERGROUND
Clear
Humidity: 46%
Visibility: 10 miles/16 km
Wind: WNW at 12 mph / 18 km/h
83°F / 28°C
Click for Forecast

**Yakima, WA** — Updated: 01:56 PM
WEATHER UNDERGROUND
Clear
Humidity: 16%
Visibility: 10 miles/16 km
Wind: WNW at 7 mph / 11 km/h
93°F / 34°C
Click for Forecast

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC - 503.234.7722 - 866 373-6869 - Fax 503.230.7061

Senvoy Extras



SENVOY - DELIVERING ANYTHING, ANYWHERE, ON TIME.

PH 503 234 7722
TF 866 3SENVOY (866 373 6869)
FAX 503 230 7061

HOME    ABOUT    SERVICES    ACCOUNTS    FAQ    CONTACT    INFO    NEWS



We have collected some videos with helpful safety hints. Click on a thumbnail to watch and learn!



Hydroplaning.



Paralell Parking



Seat Belts



Seat Belts



**TRACK A PACKAGE**

Tracking #

**ACCOUNT LOG IN**

User Name

**Did you Know?**

**Place orders online!** Senvoy offers online ordering, even without an account! Any day, any time!



**Points of Interest.**

Certificate of Insurance
Senvoy Observed Holidays

SENVOY-DOL 002021

Senvoy Extras



Adjusting Mirrors



Winter Driving

HOME - ABOUT - SERVICES - ACCOUNTS - FAQ - CONTACT - INFO - NEWS

©2010 Senvoy, LLC – 503.234.7722 – 866 373-6869 - Fax 503.230.7061

SENVOY-DOL 002022

Senvoy News › Log In

← Back to Senvoy News

# WORDPRESS

Username

Password

☐ Remember Me          Log In

**Lost your password?**

SENVOY-DOL 002023

map-portland-metro.jpg %d×%d pixels





DELIVERING ANYTHING. ANYWHERE. ON-TIME.

www.senvoy.com   503-234.7722

SENVOY-DOL 002024

http://www.senvoy.com/services/zimages/map-portland-metro.jpg[8/28/2017 2:08:36 PM]

Senvoy News › Lost Password

← Back to Senvoy News



| Please enter your username or e-mail address. You will receive a new password via e-mail. |

Username or E-mail:

Get New Password

Log in

SENVOY-DOL 002025

http://www.senvoy.com/news/wp-login.php?action=lostpassword[8/28/2017 2:08:38 PM]