*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 1 | Abad | Carlos | 3/19/2017 | 4/8/2018 | $ 8,593.02 | $ 8,593.02 |
| 2 | Abdi | Abdikair | 2/7/2016 | 1/29/2017 | $ 991.16 | $ 991.16 |
| 3 | Abebe | Abraham | 12/15/2013 | 5/4/2014 | $ 1,168.62 | $ 1,168.62 |
| 4 | Abrego | Dylan | 1/10/2016 | 10/9/2016 | $ 1,661.02 | $ 1,661.02 |
| 5 | Aguilar | Jorge | 12/15/2013 | 4/30/2017 | $ 11,266.90 | $ 11,266.90 |
| 6 | Ahl | Joseph | 8/23/2015 | 5/1/2016 | $ 5,863.30 | $ 5,863.30 |
| 7 | Ahlquist | Joseph | 6/18/2017 | 9/30/2018 | $ 3,107.50 | $ 3,107.50 |
| 8 | Aldama | Luisa | 11/19/2017 | 9/9/2018 | $ 3,437.79 | $ 3,437.79 |
| 9 | Aldrink | Stacey | 5/25/2014 | 6/29/2014 | $ 948.85 | $ 948.85 |
| 10 | Ali | Abdinasir | 12/15/2013 | 4/13/2014 | $ 1,376.81 | $ 1,376.81 |
| 11 | Allen | Ryan | 3/19/2017 | 11/4/2018 | $ 10,580.86 | $ 10,580.86 |
| 12 | Almedia | Saulo | 1/31/2017 | 9/30/2018 | $ 3,965.02 | $ 3,965.02 |
| 13 | Anaya | Celia | 9/3/2017 | 11/4/2018 | $ 2,496.61 | $ 2,496.61 |
| 14 | Andrews | Cameron | 1/3/2016 | 10/15/2017 | $ 4,929.85 | $ 4,929.85 |
| 15 | Andrews | Greg | 7/5/2015 | 9/20/2015 | $ 2,518.49 | $ 2,518.49 |
| 16 | Asfega | Meseret | 6/8/2014 | 7/5/2015 | $ 7,966.98 | $ 7,966.98 |
| 17 | Azouz | Brahim | 12/22/2013 | 7/13/2014 | $ 4,148.57 | $ 4,148.57 |
| 18 | Bacallao | Enrique | 11/1/2015 | 7/31/2016 | $ 5,649.92 | $ 5,649.92 |
| 19 | Bageant | Terry | 7/5/2015 | 5/29/2016 | $ 8,000.07 | $ 8,000.07 |
| 20 | Bagley | Justin | 5/30/2014 | 5/20/2015 | $ 3,888.13 | $ 3,888.13 |
| 21 | Banda | Rudy | 12/15/2013 | 12/31/2017 | $ 8,635.72 | $ 8,635.72 |
| 22 | Bekele | Biruk | 12/24/2017 | 4/15/2018 | $ 1,539.71 | $ 1,539.71 |
| 23 | Bell | Nickolas | 10/18/2015 | 5/8/2016 | $ 470.39 | $ 470.39 |
| 24 | Bell | Robert | 5/7/2017 | 10/28/2018 | $ 2,919.10 | $ 2,919.10 |
| 25 | Benson | Bradley | 7/2/2017 | 3/25/2018 | $ 3,861.67 | $ 3,861.67 |
| 26 | Berg | Kyle | 12/15/2013 | 1/5/2014 | $ 204.66 | $ 204.66 |
| 27 | Berry | Sean | 12/15/2013 | 5/31/2015 | $ 1,162.50 | $ 1,162.50 |
| 28 | Biskup | Oskar | 2/21/2016 | 3/12/2017 | $ 1,814.09 | $ 1,814.09 |
| 29 | Bizzo | Vera | 12/9/2016 | 9/30/2018 | $ 4,311.23 | $ 4,311.23 |
| 30 | Blake | Anthony | 12/15/2013 | 9/21/2014 | $ 7,791.70 | $ 7,791.70 |
| 31 | Bloyed | Jesse | 2/2/2015 | 3/13/2015 | $ 53.60 | $ 53.60 |
| 32 | Bocoum | Abdoulaye | 5/6/2018 | 9/30/2018 | $ 879.12 | $ 879.12 |
| 33 | Bohanan | Nicholas | 3/19/2017 | 11/4/2018 | $ 1,412.64 | $ 1,412.64 |
| 34 | Boyer | Robbyn | 12/15/2013 | 8/27/2017 | $ 8,805.40 | $ 8,805.40 |
| 35 | Breazile | George | 9/3/2017 | 12/10/2017 | $ 383.09 | $ 383.09 |
| 36 | Brenneman | Holli | 12/15/2013 | 9/30/2018 | $ 4,667.14 | $ 4,667.14 |
| 37 | Brooks | Shelvy | 3/22/2014 | 10/13/2014 | $ 603.03 | $ 603.03 |
| 38 | Brown | Michael | 6/21/2015 | 8/13/2017 | $ 64.00 | $ 64.00 |
| 39 | Brown | Jacqui | 5/7/2017 | 8/13/2017 | $ 546.33 | $ 546.33 |
| 40 | Bryan | Michael James | 12/15/2013 | 1/28/2018 | $ 17,598.11 | $ 17,598.11 |
| 41 | Bularu | Benjamin | 9/27/2015 | 6/5/2016 | $ 2,699.38 | $ 2,699.38 |
| 42 | Bunn | Sameuel | 3/19/2017 | 12/31/2017 | $ 110.19 | $ 110.19 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 43 | Burton | Michael | 1/18/2015 | 9/30/2018 | $ 20,503.73 | $ 20,503.73 |
| 44 | Bushman | Henry | 12/15/2013 | 8/10/2014 | $ 4,837.72 | $ 4,837.72 |
| 45 | Cain | Michael | 6/15/2014 | 7/20/2014 | $ 1,066.53 | $ 1,066.53 |
| 46 | Camacho | Victor | 1/1/2014 | 7/1/2017 | $ 5,501.63 | $ 5,501.63 |
| 47 | Carey | Gene | 12/15/2013 | 3/27/2016 | $ 12,387.42 | $ 12,387.42 |
| 48 | Carman | Patrick | 12/15/2013 | 8/26/2018 | $ 15,254.15 | $ 15,254.15 |
| 49 | Carney | Jonni | 5/4/2014 | 3/19/2017 | $ 20,079.10 | $ 20,079.10 |
| 50 | Castaneda | Carlos | 3/19/2017 | 11/4/2018 | $ 3,843.87 | $ 3,843.87 |
| 51 | Cathcart | Scott | 12/15/2013 | 7/29/2018 | $ 18,185.81 | $ 18,185.81 |
| 52 | Cave | Nicholas | 7/17/2016 | 8/7/2016 | $ 533.80 | $ 533.80 |
| 53 | Caviglione | Sam | 8/14/2016 | 7/9/2017 | $ 922.67 | $ 922.67 |
| 54 | Chan | David A | 12/13/2015 | 12/13/2015 | $ 87.50 | $ 87.50 |
| 55 | Chandler | Steve | 4/13/2014 | 10/11/2015 | $ 15,650.70 | $ 15,650.70 |
| 56 | Chandra | Romil | 2/16/2014 | 4/27/2014 | $ 2,695.62 | $ 2,695.62 |
| 57 | Chavez Garcia | Jose | 3/6/2016 | 1/1/2017 | $ 1,234.37 | $ 1,234.37 |
| 58 | Churchill | Timothy | 3/30/2014 | 3/19/2017 | $ 10,444.51 | $ 10,444.51 |
| 59 | Clements | David | 12/15/2013 | 4/13/2014 | $ 2,772.49 | $ 2,772.49 |
| 60 | Coats | Scott | 3/19/2017 | 9/10/2017 | $ 3,736.72 | $ 3,736.72 |
| 61 | Coats | James | 3/6/2016 | 3/12/2017 | $ 931.35 | $ 931.35 |
| 62 | Cobb | Jonathan | 5/25/2014 | 7/13/2014 | $ 9.79 | $ 9.79 |
| 63 | Conkey | Michael | 8/23/2015 | 9/30/2018 | $ 10,067.89 | $ 10,067.89 |
| 64 | Conner | William | 9/27/2015 | 9/30/2018 | $ 13,818.02 | $ 13,818.02 |
| 65 | Contreras | Roger | 9/3/2017 | 9/30/2018 | $ 11,203.55 | $ 11,203.55 |
| 66 | Cook | Peter | 12/15/2013 | 12/31/2017 | $ 8,531.89 | $ 8,531.89 |
| 67 | Cordova Vazquez | Jonathan | 12/15/2013 | 7/13/2014 | $ 7,073.31 | $ 7,073.31 |
| 68 | Cordova Vazquez | Jamie | 12/15/2013 | 3/29/2014 | $ 3,503.13 | $ 3,503.13 |
| 69 | Costley | Carl | 12/15/2013 | 8/26/2018 | $ 6,913.39 | $ 6,913.39 |
| 70 | Cote | Jim | 3/6/2016 | 5/28/2017 | $ 775.83 | $ 775.83 |
| 71 | Crawford | Angela | 12/15/2013 | 2/23/2014 | $ 1,306.74 | $ 1,306.74 |
| 72 | Culpepper | Bob | 6/19/2016 | 7/24/2016 | $ 284.12 | $ 284.12 |
| 73 | Cushman | Benjamin | 9/17/2017 | 10/15/2017 | $ 760.37 | $ 760.37 |
| 74 | Dabson | Emmanuel | 12/15/2013 | 8/31/2014 | $ 1,731.20 | $ 1,731.20 |
| 75 | Dahl | Woodrow | 12/15/2013 | 10/12/2014 | $ 2,642.04 | $ 2,642.04 |
| 76 | Dailey | Doug | 3/19/2017 | 6/4/2017 | $ 1,100.47 | $ 1,100.47 |
| 77 | Datt | Bishun | 10/1/2017 | 1/28/2018 | $ 1,320.85 | $ 1,320.85 |
| 78 | Davidson | Adam | 12/15/2013 | 3/2/2014 | $ 591.16 | $ 591.16 |
| 79 | Davis | Robert | 12/15/2013 | 3/9/2014 | $ 1,897.31 | $ 1,897.31 |
| 80 | Davis | Thaison | 9/17/2017 | 11/12/2017 | $ 1,172.67 | $ 1,172.67 |
| 81 | Dawson | Dan | 12/15/2013 | 9/30/2018 | $ 19,085.15 | $ 19,085.15 |
| 82 | Deo | Asish | 9/13/2016 | 10/14/2016 | $ 1,036.53 | $ 1,036.53 |
| 83 | Derow | Mustafa Isak | 8/9/2015 | 2/14/2016 | $ 2,710.83 | $ 2,710.83 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 84 | Diarra | Abdoulaye | 12/15/2013 | 1/15/2017 | $ 3,590.84 | $ 3,590.84 |
| 85 | Dobak | Terry | 9/11/2016 | 3/19/2017 | $ 3,307.33 | $ 3,307.33 |
| 86 | Donihee | Vince | 12/15/2013 | 12/27/2015 | $ 18,557.49 | $ 18,557.49 |
| 87 | Donnelly | David | 12/15/2013 | 11/27/2016 | $ 2,881.11 | $ 2,881.11 |
| 88 | Dorsey | Scott | 5/31/2015 | 3/19/2017 | $ 19,927.37 | $ 19,927.37 |
| 89 | Dos Santos | William Pereira | 12/15/2013 | 9/16/2018 | $ 17,840.72 | $ 17,840.72 |
| 90 | Downs | Gary | 12/15/2013 | 7/10/2016 | $ 7,747.37 | $ 7,747.37 |
| 91 | Dzyubenko | Bobby | 9/3/2017 | 12/10/2017 | $ 2,460.38 | $ 2,460.38 |
| 92 | Eisenberg | Skip | 2/1/2015 | 5/13/2018 | $ 24,395.08 | $ 24,395.08 |
| 93 | Ellison | James | 12/29/2013 | 7/10/2016 | $ 6,939.05 | $ 6,939.05 |
| 94 | Ely | John | 5/28/2017 | 12/24/2017 | $ 1,074.46 | $ 1,074.46 |
| 95 | Empie | Richard | 12/15/2013 | 3/9/2014 | $ 1,464.44 | $ 1,464.44 |
| 96 | Epstein | David | 12/15/2013 | 9/30/2018 | $ 17,392.69 | $ 17,392.69 |
| 97 | Felisario | Jason | 7/19/2015 | 11/1/2015 | $ 3,806.36 | $ 3,806.36 |
| 98 | Ferreria | Gary | 12/22/2013 | 10/19/2014 | $ 5,807.10 | $ 5,807.10 |
| 99 | Fisher | Josh | 12/15/2013 | 4/6/2014 | $ 1,458.20 | $ 1,458.20 |
| 100 | Flagel | Robert | 12/15/2013 | 4/15/2018 | $ 16,070.27 | $ 16,070.27 |
| 101 | Fratto | Cory | 9/14/2014 | 10/18/2015 | $ 10,262.83 | $ 10,262.83 |
| 102 | Friday | William | 12/15/2013 | 12/31/2017 | $ 16,198.42 | $ 16,198.42 |
| 103 | Gale | Amber | 7/5/2013 | 8/22/2014 | $ 4,481.69 | $ 4,481.69 |
| 104 | Garcia | Genero | 7/8/2013 | 3/25/2014 | $ 636.89 | $ 636.89 |
| 105 | Garnes | Jonathan | 3/19/2017 | 11/4/2018 | $ 1,858.80 | $ 1,858.80 |
| 106 | Geleto | Roba | 11/23/2014 | 1/25/2015 | $ 1,542.07 | $ 1,542.07 |
| 107 | Gershenson | Eitan | 1/31/2016 | 7/24/2016 | $ 1,857.23 | $ 1,857.23 |
| 108 | Giannone | Glenn | 12/22/2013 | 12/31/2017 | $ 7,357.85 | $ 7,357.85 |
| 109 | Glass | Erik | 10/2/2016 | 11/4/2018 | $ 1,664.71 | $ 1,664.71 |
| 110 | Goddard | Richard | 12/15/2013 | 7/2/2017 | $ 2,247.37 | $ 2,247.37 |
| 111 | Gomez | Cesar | 12/15/2013 | 12/27/2015 | $ 16,442.04 | $ 16,442.04 |
| 112 | Goncear | Iulian | 2/1/2015 | 11/15/2015 | $ 2,800.62 | $ 2,800.62 |
| 113 | Gongora | Alex | 8/21/2016 | 1/29/2017 | $ 5,718.42 | $ 5,718.42 |
| 114 | Gordon | Ken | 1/26/2014 | 2/9/2014 | $ 614.21 | $ 614.21 |
| 115 | Grace | Walter | 12/29/2013 | 7/6/2014 | $ 1,595.50 | $ 1,595.50 |
| 116 | Grove | Garrett | 2/7/2016 | 5/7/2017 | $ 2,894.26 | $ 2,894.26 |
| 117 | Guevara | Jose | 12/15/2013 | 6/1/2014 | $ 1,407.59 | $ 1,407.59 |
| 118 | Gustafen | Nicholas | 1/12/2014 | 12/27/2015 | $ 7,952.49 | $ 7,952.49 |
| 119 | Gutierrez | Jesus | 12/15/2013 | 4/27/2014 | $ 3,358.80 | $ 3,358.80 |
| 120 | Gutierrez | Irving | 7/8/2013 | 3/25/2014 | $ 636.89 | $ 636.89 |
| 121 | Gutierrez | Lourdes | 7/8/2013 | 3/25/2014 | $ 636.89 | $ 636.89 |
| 122 | Gutierrez | Daniel | 7/8/2013 | 3/25/2014 | $ 4,579.97 | $ 4,579.97 |
| 123 | Hadad | Majid | 9/11/2016 | 11/27/2016 | $ 1,031.34 | $ 1,031.34 |
| 124 | Hahn | Michael | 2/5/2017 | 7/2/2017 | $ 972.65 | $ 972.65 |
| 125 | Hakimi | Mohammad | 6/7/2015 | 8/23/2015 | $ 856.77 | $ 856.77 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 126 | Hall | Katie | 3/19/2017 | 11/4/2018 | $ 4,619.40 | $ 4,619.40 |
| 127 | Hanson | John | 11/19/2017 | 9/30/2018 | $ 4,224.00 | $ 4,224.00 |
| 128 | Hart | Garen | 12/15/2013 | 1/19/2014 | $ 349.64 | $ 349.64 |
| 129 | Hartnell | Gregory | 12/15/2013 | 2/5/2017 | $ 19,061.00 | $ 19,061.00 |
| 130 | Heinz | Todd | 12/15/2013 | 3/19/2017 | $ 25,211.99 | $ 25,211.99 |
| 131 | Hendricks | Johnathan | 12/15/2013 | 5/18/2014 | $ 4,998.89 | $ 4,998.89 |
| 132 | Hill | Jacob | 8/7/2016 | 11/13/2016 | $ 353.38 | $ 353.38 |
| 133 | Hilowle | Bilal | 12/15/2013 | 5/25/2014 | $ 1,000.10 | $ 1,000.10 |
| 134 | Hollis | Iko | 4/15/2016 | 5/7/2016 | $ 490.71 | $ 490.71 |
| 135 | Howard | Terry | 12/15/2013 | 4/20/2014 | $ 1,336.94 | $ 1,336.94 |
| 136 | Hudson | Michael | 12/15/2013 | 9/30/2018 | $ 18,686.75 | $ 18,686.75 |
| 137 | Hussein | Mohammed | 6/15/2014 | 8/30/2015 | $ 22,802.76 | $ 22,802.76 |
| 138 | Ibnelhas | Anass | 12/22/2013 | 3/30/2014 | $ 2,048.88 | $ 2,048.88 |
| 139 | Ismail | Mohamod | 11/8/2015 | 9/3/2017 | $ 4,300.51 | $ 4,300.51 |
| 140 | Jackson | Michael | 8/17/2014 | 12/28/2014 | $ 4,093.96 | $ 4,093.96 |
| 141 | James | Michael | 3/13/2016 | 3/13/2016 | $ 192.28 | $ 192.28 |
| 142 | Jim | Rodney | 12/15/2013 | 8/27/2017 | $ 24,367.31 | $ 24,367.31 |
| 143 | Johnson | Justice | 8/14/2015 | 10/28/2015 | $ 445.21 | $ 445.21 |
| 144 | Johnston | Jeff | 10/11/2015 | 8/27/2017 | $ 2,493.83 | $ 2,493.83 |
| 145 | Johnston | Ida Mae | 3/19/2017 | 11/4/2018 | $ 2,679.06 | $ 2,679.06 |
| 146 | Jones | Robert | 12/22/2013 | 10/18/2015 | $ 1,119.99 | $ 1,119.99 |
| 147 | Jones | Frank | 6/11/2017 | 12/31/2017 | $ 1,420.46 | $ 1,420.46 |
| 148 | Jones | Kenneth | 3/15/2014 | 10/13/2014 | $ 402.02 | $ 402.02 |
| 149 | Kang | Alexis | 10/5/2014 | 10/26/2014 | $ 179.01 | $ 179.01 |
| 150 | Kassai | Mike | 10/4/2015 | 12/13/2015 | $ 2,197.76 | $ 2,197.76 |
| 151 | Keller | Tim | 5/11/2014 | 5/11/2014 | $ 70.00 | $ 70.00 |
| 152 | Kelley | Cherilee | 11/26/2017 | 9/30/2018 | $ 2,349.55 | $ 2,349.55 |
| 153 | Kelley | Justin | 1/21/2018 | 9/30/2018 | $ 2,879.99 | $ 2,879.99 |
| 154 | Keymolen | Steve | 12/28/2014 | 7/24/2016 | $ 3,315.58 | $ 3,315.58 |
| 155 | Knipe | Kevin | 12/15/2013 | 12/31/2017 | $ 7,064.52 | $ 7,064.52 |
| 156 | Kolar | Traian | 12/15/2013 | 6/29/2014 | $ 11,580.33 | $ 11,580.33 |
| 157 | Krasnyy | Pavel | 9/3/2017 | 3/25/2018 | $ 4,892.14 | $ 4,892.14 |
| 158 | Krause | John | 12/15/2013 | 9/28/2014 | $ 8,860.29 | $ 8,860.29 |
| 159 | Kribs | James | 12/15/2013 | 5/11/2014 | $ 4,748.34 | $ 4,748.34 |
| 160 | Kumar | Manoj | 12/7/2014 | 10/18/2015 | $ 5,012.54 | $ 5,012.54 |
| 161 | Kushtan | Vasiliy | 12/15/2013 | 9/30/2018 | $ 8,252.92 | $ 8,252.92 |
| 162 | Lal | Krisheel | 2/23/2014 | 6/1/2014 | $ 1,911.41 | $ 1,911.41 |
| 163 | Lampman | Deena | 6/7/2015 | 9/13/2015 | $ 485.74 | $ 485.74 |
| 164 | Landrum | William | 7/5/2015 | 9/6/2015 | $ 2,040.48 | $ 2,040.48 |
| 165 | Loberg | Nicholas | 1/18/2015 | 3/29/2015 | $ 3,099.08 | $ 3,099.08 |
| 166 | Lodahl | Jonathan | 3/19/2017 | 9/30/2018 | $ 3,579.96 | $ 3,579.96 |
| 167 | Lopez | Francisco | 9/17/2017 | 5/13/2018 | $ 4,164.42 | $ 4,164.42 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 168 | Loveridge | Mary Linda | 12/15/2013 | 8/27/2017 | $ 4,563.29 | $ 4,563.29 |
| 169 | Lowry | Christopher | 8/12/2013 | 8/22/2014 | $ 1,074.74 | $ 1,074.74 |
| 170 | Lux | Devin | 9/1/2015 | 1/1/2016 | $ 403.44 | $ 403.44 |
| 171 | Mackall | Danny | 11/1/2015 | 12/27/2015 | $ 1,176.30 | $ 1,176.30 |
| 172 | Mackey | James | 2/16/2014 | 1/22/2017 | $ 216.26 | $ 216.26 |
| 173 | Magallanes | Percy | 4/19/2015 | 7/5/2015 | $ 1,609.53 | $ 1,609.53 |
| 174 | Maksmenko | Igor | 10/26/2014 | 12/7/2014 | $ 846.90 | $ 846.90 |
| 175 | Marini | Reginaldo | 3/17/2017 | 11/30/2017 | $ 1,685.30 | $ 1,685.30 |
| 176 | Martinez | Rob | 9/10/2017 | 10/28/2018 | $ 2,415.48 | $ 2,415.48 |
| 177 | Matheny | Darin Edward | 12/15/2013 | 3/2/2014 | $ 2,442.15 | $ 2,442.15 |
| 178 | Maxwell | Ben | 2/1/2015 | 11/4/2018 | $ 26,804.29 | $ 26,804.29 |
| 179 | Maxwell | Chayla | 3/19/2017 | 12/24/2017 | $ 85.74 | $ 85.74 |
| 180 | Maxwell | Mark | 9/3/2017 | 12/31/2017 | $ 1,131.91 | $ 1,131.91 |
| 181 | Mcayne | Gregg | 3/22/2015 | 9/11/2016 | $ 5,431.92 | $ 5,431.92 |
| 182 | McCune | Timothy | 12/15/2013 | 6/8/2014 | $ 6,502.37 | $ 6,502.37 |
| 183 | McDonald | Anna | 3/16/2014 | 1/4/2015 | $ 4,171.64 | $ 4,171.64 |
| 184 | McKinney | Autumn | 10/10/2012 | 8/22/2014 | $ 4,095.31 | $ 4,095.31 |
| 185 | McKinney | Preston | 12/11/2012 | 8/22/2014 | $ 3,722.46 | $ 3,722.46 |
| 186 | McKinney | Miranda | 10/29/2013 | 8/22/2014 | $ 851.20 | $ 851.20 |
| 187 | McLean | Clay | 9/3/2017 | 1/28/2018 | $ 484.06 | $ 484.06 |
| 188 | Medina-Prado | Benjamin | 2/15/2013 | 9/30/2018 | $ 11,179.48 | $ 11,179.48 |
| 189 | Mendoza | Jorge | 12/15/2013 | 9/6/2015 | $ 6,634.55 | $ 6,634.55 |
| 190 | Mercier | Jeffery | 7/3/2016 | 6/25/2017 | $ 8,508.67 | $ 8,508.67 |
| 191 | Miles | Anthony | 9/3/2017 | 12/24/2017 | $ 315.81 | $ 315.81 |
| 192 | Millar | John K | 10/5/2014 | 8/9/2015 | $ 4,875.70 | $ 4,875.70 |
| 193 | Miller | BD | 1/29/2017 | 5/21/2017 | $ 824.69 | $ 824.69 |
| 194 | Miller | Keith | 3/30/2014 | 6/22/2014 | $ 366.70 | $ 366.70 |
| 195 | Miller | Anthony | 12/15/2013 | 3/30/2014 | $ 2,247.01 | $ 2,247.01 |
| 196 | Miller | Jacob | 12/22/2013 | 5/25/2014 | $ 414.34 | $ 414.34 |
| 197 | Miller | Richard | 3/15/2014 | 9/30/2014 | $ 3,312.24 | $ 3,312.24 |
| 198 | Minnieweather | Dwight | 3/6/2016 | 3/19/2017 | $ 4,192.94 | $ 4,192.94 |
| 199 | Mofokeng | Llewellyn | 4/27/2014 | 6/22/2014 | $ 853.23 | $ 853.23 |
| 200 | Mohamed | Mohammed | 12/15/2013 | 12/7/2014 | $ 5,832.06 | $ 5,832.06 |
| 201 | Mohammad | Bilal Bani | 4/6/2014 | 9/14/2014 | $ 263.25 | $ 263.25 |
| 202 | Montgomery | Troy | 12/15/2013 | 2/14/2016 | $ 8,878.11 | $ 8,878.11 |
| 203 | Montgomery | Ricci Jordan | 6/28/2015 | 11/15/2015 | $ 2,118.49 | $ 2,118.49 |
| 204 | Moore | Antoine | 3/19/2017 | 11/4/2018 | $ 1,859.37 | $ 1,859.37 |
| 205 | Morningstar | Allen | 7/6/2014 | 10/11/2015 | $ 3,896.10 | $ 3,896.10 |
| 206 | Morrison | Ronald | 12/22/2013 | 7/30/2017 | $ 9,641.19 | $ 9,641.19 |
| 207 | Muday | Hassan Daud | 1/3/2016 | 2/14/2016 | $ 1,241.09 | $ 1,241.09 |
| 208 | Mullaney | Dave | 12/15/2013 | 9/20/2015 | $ 6,329.10 | $ 6,329.10 |
| 209 | Mullen | Ira | 5/18/2014 | 3/26/2017 | $ 2,720.35 | $ 2,720.35 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 210 | Ngo | Phong | 11/1/2015 | 7/23/2017 | $ 4,885.03 | $ 4,885.03 |
| 211 | Nguyen | Khoi | 11/9/2014 | 4/26/2015 | $ 1,815.86 | $ 1,815.86 |
| 212 | Nikolov | Nikoray | 12/15/2013 | 1/11/2015 | $ 418.67 | $ 418.67 |
| 213 | Oconnell | Earl | 12/22/2013 | 9/30/2018 | $ 9,341.16 | $ 9,341.16 |
| 214 | Ofodrinwa | Eugene | 7/19/2015 | 7/26/2015 | $ 138.52 | $ 138.52 |
| 215 | Olin-Sipe | Timothy | 8/3/2014 | 2/14/2016 | $ 9,784.47 | $ 9,784.47 |
| 216 | Ollom | Dina | 4/20/2014 | 6/1/2014 | $ 453.65 | $ 453.65 |
| 217 | Onufreychuk | Andrey | 12/15/2013 | 11/16/2014 | $ 646.98 | $ 646.98 |
| 218 | Padilla | Sharon | 10/19/2014 | 11/30/2014 | $ 466.80 | $ 466.80 |
| 219 | Padrath | Swastika | 12/15/2013 | 9/23/2018 | $ 5,057.00 | $ 5,057.00 |
| 220 | Palmer | John | 7/10/2016 | 12/11/2016 | $ 1,486.81 | $ 1,486.81 |
| 221 | Pedersen | Gerri | 12/15/2013 | 9/24/2017 | $ 1,924.70 | $ 1,924.70 |
| 222 | Penn | Eric | 5/29/2016 | 9/11/2016 | $ 104.72 | $ 104.72 |
| 223 | Perryman | Yannick | 9/27/2015 | 2/14/2016 | $ 3,727.24 | $ 3,727.24 |
| 224 | Peters | Michael | 9/3/2017 | 9/30/2018 | $ 1,790.44 | $ 1,790.44 |
| 225 | Peterson | Evan | 3/2/2014 | 11/23/2014 | $ 59.67 | $ 59.67 |
| 226 | Pham | Stephen | 12/15/2013 | 6/25/2017 | $ 5,624.72 | $ 5,624.72 |
| 227 | Phelps | Alan | 12/15/2013 | 9/30/2018 | $ 3,657.21 | $ 3,657.21 |
| 228 | Phillips | Benjamin | 8/21/2016 | 12/18/2016 | $ 219.43 | $ 219.43 |
| 229 | Phommahasay | Somsak | 10/25/2015 | 7/23/2017 | $ 5,163.85 | $ 5,163.85 |
| 230 | Pilon | Mica | 2/15/2015 | 8/7/2016 | $ 3,368.24 | $ 3,368.24 |
| 231 | Pineda | David | 3/19/2017 | 10/28/2018 | $ 8,609.74 | $ 8,609.74 |
| 232 | Pineda | Salvador | 2/22/2015 | 8/9/2015 | $ 3,899.63 | $ 3,899.63 |
| 233 | Piper | Ron | 12/15/2013 | 4/26/2015 | $ 1,766.56 | $ 1,766.56 |
| 234 | Piper | Shaquille | 12/29/2013 | 9/28/2014 | $ 680.87 | $ 680.87 |
| 235 | Portier-Boggs | Erik K. | 12/22/2013 | 8/3/2014 | $ 7,615.24 | $ 7,615.24 |
| 236 | Potts III | Arthur | 1/17/2016 | 7/31/2016 | $ 2,236.79 | $ 2,236.79 |
| 237 | Powell | Tristan | 8/7/2016 | 8/21/2016 | $ 28.13 | $ 28.13 |
| 238 | Prakash | Felix | 11/8/2015 | 12/20/2015 | $ 313.85 | $ 313.85 |
| 239 | Prince | Randolph | 3/19/2017 | 9/24/2017 | $ 1,542.51 | $ 1,542.51 |
| 240 | Qassim | Mohamedwali | 12/15/2013 | 1/22/2017 | $ 3,091.68 | $ 3,091.68 |
| 241 | Quesada | Daniel | 12/15/2013 | 6/15/2014 | $ 7,566.86 | $ 7,566.86 |
| 242 | Quiroz | Manuel | 12/22/2013 | 6/15/2014 | $ 1,964.11 | $ 1,964.11 |
| 243 | Ragnone | Eric | 12/15/2013 | 9/30/2018 | $ 6,676.97 | $ 6,676.97 |
| 244 | Ray | Nilesh | 1/10/2016 | 6/25/2017 | $ 2,572.81 | $ 2,572.81 |
| 245 | Reeves | Sage | 2/25/2018 | 11/4/2018 | $ 3,459.82 | $ 3,459.82 |
| 246 | Rhodes | Boris | 6/28/2015 | 11/1/2015 | $ 3,057.49 | $ 3,057.49 |
| 247 | Rich | Timothy | 12/15/2013 | 10/30/2016 | $ 2,792.58 | $ 2,792.58 |
| 248 | Rizo | Luis | 7/5/2015 | 10/25/2017 | $ 9,752.28 | $ 9,752.28 |
| 249 | Robbins | Douglas | 12/15/2013 | 1/4/2015 | $ 10,034.63 | $ 10,034.63 |
| 250 | Robertson | Daryl | 12/15/2013 | 8/10/2014 | $ 5,429.64 | $ 5,429.64 |
| 251 | Robertson | Janell | 1/1/2014 | 10/13/2014 | $ 201.01 | $ 201.01 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 252 | Robertson | Jacob | 12/15/2013 | 10/13/2014 | $ 201.01 | $ 201.01 |
| 253 | Robinson | John | 2/23/2014 | 4/20/2014 | $ 1,628.90 | $ 1,628.90 |
| 254 | Robinson | Antoine | 12/31/2017 | 7/15/2018 | $ 1,485.94 | $ 1,485.94 |
| 255 | Roche | Sandra | 1/4/2015 | 12/8/2015 | $ 4,502.77 | $ 4,502.77 |
| 256 | Rodriguez | Angel | 12/15/2013 | 11/23/2014 | $ 2,407.22 | $ 2,407.22 |
| 257 | Rogers | Demetrius | 12/22/2013 | 9/21/2014 | $ 411.67 | $ 411.67 |
| 258 | Roque | Michael | 12/15/2013 | 7/24/2016 | $ 14,508.30 | $ 14,508.30 |
| 259 | Roque | Michael Allen | 5/17/2015 | 9/11/2016 | $ 16,063.23 | $ 16,063.23 |
| 260 | Rosales Azahares | Eliazar | 8/9/2015 | 7/9/2017 | $ 3,863.68 | $ 3,863.68 |
| 261 | Roske | RG Lee | 12/15/2013 | 4/26/2015 | $ 4,966.51 | $ 4,966.51 |
| 262 | Rush | Parker | 1/18/2015 | 1/25/2015 | $ 414.02 | $ 414.02 |
| 263 | Rutter | Paris | 12/23/2014 | 4/1/2015 | $ 1,125.76 | $ 1,125.76 |
| 264 | Ryker Sr. | Douglas Duane | 12/15/2013 | 3/8/2015 | $ 2,434.58 | $ 2,434.58 |
| 265 | Safari | Lokaine | 10/1/2017 | 11/26/2017 | $ 196.81 | $ 196.81 |
| 266 | Sandoval | Joe | 7/12/2015 | 7/26/2015 | $ 686.05 | $ 686.05 |
| 267 | Sayid | Salah | 12/15/2013 | 1/26/2014 | $ 1,244.35 | $ 1,244.35 |
| 268 | Schindler | Joseph | 2/14/2016 | 12/31/2017 | $ 6,857.72 | $ 6,857.72 |
| 269 | Schoen | Austin | 12/15/2013 | 9/21/2014 | $ 1,428.45 | $ 1,428.45 |
| 270 | Scott | Lonnie | 7/6/2014 | 8/30/2015 | $ 12,082.75 | $ 12,082.75 |
| 271 | Shankar | Karin | 12/15/2013 | 3/19/2017 | $ 5,079.03 | $ 5,079.03 |
| 272 | Shankar | Bijay | 8/10/2014 | 9/30/2018 | $ 6,714.44 | $ 6,714.44 |
| 273 | Sharma | Aruneil | 6/1/2014 | 10/25/2015 | $ 4,839.36 | $ 4,839.36 |
| 274 | Silva | Matheus | 9/10/2017 | 9/24/2017 | $ 139.56 | $ 139.56 |
| 275 | Singh | Ravin | 5/17/2015 | 1/31/2016 | $ 1,568.91 | $ 1,568.91 |
| 276 | Singh | Ranjit | 1/15/2017 | 3/19/2017 | $ 86.68 | $ 86.68 |
| 277 | Slade | Johnathan | 1/15/2017 | 3/12/2017 | $ 1,241.78 | $ 1,241.78 |
| 278 | Smith | Raguel | 1/5/2014 | 10/26/2014 | $ 14,379.23 | $ 14,379.23 |
| 279 | Smith | Kurt | 12/15/2013 | 3/2/2014 | $ 2,325.25 | $ 2,325.25 |
| 280 | Smith | Kelly | 9/3/2017 | 11/12/2017 | $ 438.58 | $ 438.58 |
| 281 | Smitten | Ernest | 9/3/2017 | 9/30/2018 | $ 76.70 | $ 76.70 |
| 282 | Starks | Michael | 12/15/2013 | 9/2/2018 | $ 25,215.55 | $ 25,215.55 |
| 283 | Steinert | Kele | 7/19/2016 | 9/30/2016 | $ 81.41 | $ 81.41 |
| 284 | Stetakovic | Vlado | 12/9/2016 | 2/28/2017 | $ 529.11 | $ 529.11 |
| 285 | Stickney | Daryl | 12/15/2013 | 10/9/2016 | $ 10,537.53 | $ 10,537.53 |
| 286 | Streeter | Mike | 11/15/2015 | 11/4/2018 | $ 13,027.56 | $ 13,027.56 |
| 287 | Struble | Scott | 12/15/2013 | 12/31/2017 | $ 8,506.92 | $ 8,506.92 |
| 288 | Surkov | Ignat | 12/1/2016 | 8/30/2017 | $ 1,776.75 | $ 1,776.75 |
| 289 | Sutton | Jereme | 6/28/2015 | 4/3/2016 | $ 2,399.48 | $ 2,399.48 |
| 290 | Swank Jr. | Fred | 12/15/2013 | 8/27/2017 | $ 27,702.17 | $ 27,702.17 |
| 291 | Swift | Charles | 12/22/2013 | 3/15/2015 | $ 328.76 | $ 328.76 |
| 292 | Thomas | Eric | 2/2/2014 | 6/12/2016 | $ 14,914.55 | $ 14,914.55 |

*Acosta v. Senvoy, et al.* (Case No. 3:16-cv-2293-JR, D. Or.)
Revised Amended Exhibit 1 to Consent Judgment and Order (Dkt. 48)

| # | Last Name | First Name | Start Date | End Date | Gross Back Wages Due | Liquidated Damages Due |
|---|---|---|---|---|---|---|
| 293 | Thompson | Janice | 9/7/2014 | 12/28/2014 | $ 2,484.57 | $ 2,484.57 |
| 294 | Tibebu | Eyob | 3/5/2017 | 7/2/2017 | $ 5,641.82 | $ 5,641.82 |
| 295 | Tibebu | Robert | 3/19/2017 | 3/19/2017 | $ 147.74 | $ 147.74 |
| 296 | Tindall | Michael | 3/15/2015 | 9/13/2015 | $ 1,189.78 | $ 1,189.78 |
| 297 | To | John | 3/22/2015 | 5/3/2015 | $ 956.49 | $ 956.49 |
| 298 | Toole | Eric | 12/15/2013 | 9/21/2014 | $ 4,920.94 | $ 4,920.94 |
| 299 | Tovey | Sharon | 12/15/2013 | 1/12/2014 | $ 1,124.49 | $ 1,124.49 |
| 300 | Trump | Terry | 2/15/2015 | 8/27/2017 | $ 2,344.87 | $ 2,344.87 |
| 301 | Tusse | Duressa | 5/25/2014 | 7/20/2014 | $ 1,544.25 | $ 1,544.25 |
| 302 | Urenda | Francisco | 3/26/2017 | 9/2/2018 | $ 15,409.94 | $ 15,409.94 |
| 303 | Urenda | Manuel | 4/2/2017 | 9/30/2018 | $ 16,078.50 | $ 16,078.50 |
| 304 | Urenda | Patricia | 9/3/2017 | 12/24/2017 | $ 731.43 | $ 731.43 |
| 305 | Van Rooyen | Andre | 9/3/2017 | 12/24/2017 | $ 208.19 | $ 208.19 |
| 306 | Vaudt | Jeff | 9/3/2017 | 10/28/2018 | $ 3,921.47 | $ 3,921.47 |
| 307 | Vazquez | Carlos | 3/2/2014 | 11/9/2014 | $ 4,008.98 | $ 4,008.98 |
| 308 | Vining | David | 3/20/2016 | 9/11/2016 | $ 1,248.25 | $ 1,248.25 |
| 309 | Vlasenko | Ruslan | 12/22/2013 | 1/12/2014 | $ 613.31 | $ 613.31 |
| 310 | Wali | Abdullah | 11/12/2017 | 11/26/2017 | $ 419.80 | $ 419.80 |
| 311 | Waliezer | Jordan | 4/5/2015 | 5/24/2015 | $ 1,661.99 | $ 1,661.99 |
| 312 | Walz | John | 5/18/2014 | 11/29/2015 | $ 8,016.77 | $ 8,016.77 |
| 313 | Wardinsky | Scott | 3/19/2017 | 9/30/2018 | $ 7,579.19 | $ 7,579.19 |
| 314 | Warner | Norman | 5/25/2014 | 9/14/2014 | $ 374.40 | $ 374.40 |
| 315 | Wash | Gerald | 12/15/2013 | 7/13/2014 | $ 3,497.09 | $ 3,497.09 |
| 316 | Watson | Robert B. | 12/15/2013 | 9/30/2018 | $ 23,219.73 | $ 23,219.73 |
| 317 | Weatherly | Will | 12/15/2013 | 3/30/2014 | $ 3,708.03 | $ 3,708.03 |
| 318 | Westheimer | Kimberli | 2/15/2015 | 5/1/2016 | $ 3,935.96 | $ 3,935.96 |
| 319 | Whitlatch | Anthony | 12/15/2013 | 9/30/2018 | $ 4,139.96 | $ 4,139.96 |
| 320 | Wilhelm | Linda | 12/22/2013 | 9/28/2014 | $ 5,618.15 | $ 5,618.15 |
| 321 | Williams | Karen | 12/26/2013 | 5/1/2014 | $ 334.18 | $ 334.18 |
| 322 | Willingham | Nichole | 3/19/2017 | 1/7/2018 | $ 3,557.14 | $ 3,557.14 |
| 323 | Winters | Daniel | 12/15/2014 | 4/2/2015 | $ 437.41 | $ 437.41 |
| 324 | Woodham | Norman | 3/19/2017 | 11/4/2018 | $ 3,520.80 | $ 3,520.80 |
| 325 | Wright | Jeff | 7/5/2015 | 4/10/2016 | $ 2,515.15 | $ 2,515.15 |
| 326 | Yavniy | Ruben | 12/15/2013 | 2/23/2014 | $ 551.76 | $ 551.76 |
| 327 | Yerymesku | Andrus | 10/19/2014 | 6/28/2015 | $ 6,868.48 | $ 6,868.48 |
| 328 | Zaragoza | Nestor | 11/5/2017 | 11/19/2017 | $ 142.13 | $ 142.13 |
| 329 | Zaragoza | Juan | 11/5/2017 | 12/24/2017 | $ 221.16 | $ 221.16 |
| 330 | Zepeda | Yamileth | 5/28/2017 | 12/31/2017 | $ 1,274.96 | $ 1,274.96 |
| 331 | Zodrow | Matt | 8/16/2015 | 9/27/2015 | $ 879.54 | $ 879.54 |
| 332 | Zumpft | Charles | 2/14/2016 | 4/17/2016 | $ 1,427.20 | $ 1,427.20 |