JANET M. HEROLD
Regional Solicitor
MARC A. PILOTIN (Cal. Bar. No. 266369)
Counsel for Wage and Hour Litigation
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-7769
Pilotin.Marc.A@dol.gov
*Attorneys for Plaintiff R. Alexander Acosta,*
*United States Secretary of Labor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, U.S. Department of Labor,<br><br>       Plaintiff,<br> v.<br><br>SENVOY, LLC; DRIVER RESOURCES, LLC; ZOAN MANAGEMENT, INC.; and GERALD E. BRAZIE, JR.,<br><br>       Defendants. | Case No. 3:16-cv-2293-JR<br><br>[~~PROPOSED~~] **ORDER AMENDING CONSENT JUDGMENT** |

Having considered the Secretary's Motion to Amend the October 12, 2018 Consent Judgment, ECF #64, the Court GRANTS it.  The Court AMENDS the Consent Judgment to render Defendant Gerald E. Brazie, Jr. jointly and severally liable for all amounts due and owing under Section III.B of the Consent Judgment and subject to all provisions of that Section.

Consistent with this amendment, the Court replaces the unnumbered paragraph following "B. Monetary Provisions" on page 5 of the Consent Judgment with the following:

> **FURTHER, PURSUANT TO THE PARTIES' AGREEMENT, JUDGMENT IS HEREBY ENTERED,** pursuant to Section 16(c) and (e) of the FLSA, 29 U.S.C. § 216(c) an (e), in favor of the Secretary as a judgment owed to the United States of America and against Defendants Senvoy, Driver Resources, ZoAn Management, and Gerald E. Brazie, Jr., jointly and severally, in the amount of $3,200,000 (three million two hundred thousand dollars), which consists of $1,543,550 owed to Drivers as unpaid wages, $1,543,550 owed to Drivers as liquidated damages, and $112,900 owed to the Secretary as civil money penalties.

IT IS SO ORDERED.

Date: June 5, 2019

_____
The Honorable Marco A. Hernández
UNITED STATES DISTRICT JUDGE