# Exhibit 2

Hi Jerry-

Below is the TKM Land loan balance as of January 31, 2021:

|  | Loan #37161 |
|---|---|
| Unpaid principal balance (1/31/21) | $2,581,883.87 |
| Accrued interest (1/1/21-1/31/21) | $31,126.04 |
| Accrued expenses | $8,321.00 |
| Loan balance | $2,621,330.92 |

|  | Loan #TKM-2 |
|---|---|
| Unpaid principal balance (1/31/21) | $2,488,312.72 |
| Accrued interest (1/1/21 to 1/31/21) | $29,997.99 |
| Loan balance | $2,518,310.70 |

| | |
|---|---|
| Loan balance- #37161 | $2,621,330.92 |
| Loan balance- #TKM-2 | $2,518,310.70 |
| Aggregate loan balance | $5,139,641.62 |

**Dann G. Wheeler | SBF Holdings, LLC**
5 Centerpointe Drive, Suite 400
Lake Oswego, Oregon 97035
503-970-8759

**Confidentiality Notice:** This e-mail message may contain confidential and privileged information. If you receive this message by mistake, please notify us immediately by replying to this message or telephoning us, and do not review, disclose, copy, or distribute it. Thank you.

1

SENVOY_DOL2021_007298