# Exhibit 3

**Personal Financial Statement**
**Gerald & Kathrynne Brazie**
**Updated June 30th, 2021**

| Assets | | | Liabilities | |
|---|---|---|---|---|
| Life Insurance-Cash Value (Section 4) | $72,199.00 | | Notes to Banks (Section 1) | $613,925.04 |
| Real Estate (Section 2) | $1,000,000.00 | | Mortgages (Section 2) | $797,153.51 |
| Automobiles-Present Value (Section 5) | $166,500.00 | | | |
| Other Personal Property & Assets (Section 3) | $150,000.00 | | | |
| **Total Assets** | **$1,388,699.00** | | **Total Liabilities** | **$1,411,078.55** |
| | | | **Net Worth** | **-$22,379.55** |

**Sources of Income**
| | |
|---|---|
| Net Income - Owned Entities | $250,000.00 |
| Total | $250,000.00 |

**Section 1. Notes Payable to Banks & Others.**

| Name & Address of Noteholder | Original Amount | Current Amount | Payment | Frequency |
|---|---|---|---|---|
| Suntrust-Home Equity (WyEast House) | $112,000.00 | $49,197.51 | $445.00 | Monthly |
| Compass Group, LLC (Gresham - lots) | $493,234.45 | $475,592.10 | $10,000.00 | Monthly |
| 2010 Ford SuperSnake | $82,918.45 | $6,643.68 | $750.24 | Monthly |
| 2013 Ford Raptor | $40,093.00 | $18,120.01 | $750.97 | Monthly |
| 2015 Mercedes | $79,816.00 | $64,371.74 | $1,497.30 | Monthly |
| Totals | $808,061.90 | $613,925.04 | $13,443.51 | |

**Section 2. Real Estate Owned**

| Type of Property | Property A | Property B |
|---|---|---|
| | Residence | Land |
| Address | 14481 SE WyEast | 4242 SW Eleven Mile Ave |
| | Clackamas, Oregon 97015 | Gresham, Oregon 97080 |
| Acres | 4.62 | Lot 11, 12, 14 & 15 |
| Date Purchased | 2005 | 2017 |
| Original Cost | $480,000.00 | $493,234.45 |
| Present Value | $700,000.00 | $300,000.00 |
| Mortgage Holder | Suntrust | Compass Group, LLC |
| Account Number | 143087070 | Note |
| Current Balance | $321,561.41 | $475,592.10 |
| Monthly Payment (PITI) | $3,384.61 | $10,000.00 |
| Monthly Rental Income | $4,550.00 | $0.00 |
| Status | Current | Current |

**Section 3. Other Personal Property & Assets**

| | |
|---|---|
| Household Furniture, Clothing, Jewelry & Equipment | $150,000.00 |
| Value of Senvoy, LLC | $0.00 |
| Value of TKM Land, L.L.C. | $0.00 |
| Value of ZoAn Management Inc | $0.00 |
| Value of Owned Entities | $0.00 |
| Total | $150,000.00 |

**Section 4. Life insurance Held**

| | Face Value | Cash Value |
|---|---|---|
| Northwestern Mutual Life | $2,800,000.00 | $72,199.00 |
| Total | $2,800,000.00 | $72,199.00 |

**Section 5. Automobiles.**

| | Original Debt | Current Debt | Value |
|---|---|---|---|
| 2002 Ford F150 Lightning | $30,000.00 | $0.00 | $8,000.00 |
| 2010 Ford SuperSnake | $82,918.45 | $6,643.68 | $48,500.00 |
| 2013 Ford F150 Raptor | $40,093.00 | $18,120.01 | $20,000.00 |
| 2015 Mercedes | $79,816.00 | $64,371.74 | $90,000.00 |
| Total | $232,827.45 | $89,135.43 | $166,500.00 |
| | | | |
| 1965 Buick Gran Sport (Custom Show Car) | $0.00 | Secured (Sunstone Business Finance) | $125,000.00 |
| 1972 Buick GS Stage 1 Convertible (Custom Show Car) | $30,577.00 | Secured (Umpqua Bank) | $50,000.00 |
| 2001 Triumph Sprint 955 (Motorcycle) | $12,700.00 | Secured (Umpqua Bank) | $5,000.00 |
| 2003 Harley Davidson | $10,155.60 | Secured (Umpqua Bank) | $8,000.00 |
| 2003 Triumph Sprint ST (Motorcycle) | $11,000.00 | Secured (Umpqua Bank) | $5,000.00 |
| 2006 Mercedes | $123,400.00 | Secured (Umpqua Bank) | $35,000.00 |
| 2006 Triumph Speed Four (Motorcycle) | $8,800.00 | Secured (Umpqua Bank) | $6,000.00 |
| 2007 Harley Davidson | $17,055.00 | Secured (Umpqua Bank) | $10,000.00 |
| 2008 Honda (Motorcycle) | $8,900.00 | Secured (Umpqua Bank) | $5,000.00 |
| 2013 Ford Shelby Convertible | $72,732.00 | Secured (B. Ludwick) | $45,000.00 |