# Exhibit 5

Exhibit A.

| Description | Market Value | Any Mortgage or Security Interest | Mortgage or Secured Creditor |
|---|---|---|---|
| 1965 Buick Gran Sport | $125,000.00 | Yes | Sunstone Business Finance |
| 1972 Buick GS Stage 1 Convertible | $50,000.00 | Yes | Umpqua Bank |
| 2001 Triumph Sprint 955 (Motorcycle) | $5,000.00 | Yes | Umpqua Bank |
| 2002 Ford F150 Lightning | $15,000.00 | Yes | Umpqua Bank |
| 2003 Harley Davidson | $8,000.00 | Yes | Umpqua Bank |
| 2003 Triumph Sprint ST (Motorcycle) | $5,000.00 | Yes | Umpqua Bank |
| 2006 Mercedes | $35,000.00 | Yes | Umpqua Bank |
| 2006 Triumph Speed Four (Motorcycle) | $6,000.00 | Yes | Umpqua Bank |
| 2007 Harley Davidson | $10,000.00 | Yes | Umpqua Bank |
| 2008 Honda (Motorcycle) | $5,000.00 | Yes | Umpqua Bank |
| 2010 Ford SuperSnake | $70,000.00 | Yes | Point West Credit Union |
| 2013 Ford F150 Raptor | $25,000.00 | Yes | Point West Credit Union |
| 2013 Ford Shelby Convertible | $70,000.00 | Yes | B. Ludwick |
| 2015 Mercedes | $110,000.00 | Yes | Point West Credit Union |