# Exhibit 6

3/4/2021 dds/cowww/DocumentServer/ViewDoc?AppID=65&DocumentID=1057992&PrimaryKey=1057992&AppViewerID=191&DownloadLink=0&…

Case 3:16-cv-02293-HZ   Document 81-6   Filed 11/04/21   Page 2 of 5



GERALD E BRAZIE Jr.
PO BOX 14607
PORTLAND, OR 97293

| Account Number | Starting Date | Ending Date |
|---|---|---|
| 2179430 | 12/01/2020 | 12/31/2020 |

**SHARE ACCOUNT 10   SAVINGS**

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | PREVIOUS BALANCE | | $149.71 |
| | NEW BALANCE | | $149.71 |

**LOAN ACCOUNT 7303   2010 FORD MUSTANG**

| Posted Date | Transaction Description | Amount | Principal | Interest | Fee | Balance Subject To Interest Rate |
|---|---|---|---|---|---|---|
| 12/15 | Payment ACH POINT WEST CU-Payment *****9430 POINT WEST CU-PaymentGerald Brazie Jr | -$750.24 | -$708.74 | -$41.50 | $0.00 | $12,382.13 |

**LOAN SUMMARY**

| *ANNUAL PERCENTAGE RATE* | 3.990% | DAILY PERIODIC RATE: | .01100% | YTD FINANCE CHARGE: | $675.33 |
|---|---|---|---|---|---|
| NEXT PAYMENT DUE: | 15 January 21 | PAYMENTS ARE DUE: | Monthly | PAYMENT AMOUNT: | $750.24 |

**LOAN ACCOUNT 7305   2015 MERCEDES-BENZ S-CLASS**

| Posted Date | Transaction Description | Amount | Principal | Interest | Fee | Balance Subject To Interest Rate |
|---|---|---|---|---|---|---|
| 12/08 | Payment ACH POINT WEST CU-Payment *****9430 POINT WEST CU-PaymentGerald E Brazie Jr | -$1,497.30 | -$1,276.78 | -$195.52 | -$25.00 | $74,676.14 |

**LOAN SUMMARY**

| *ANNUAL PERCENTAGE RATE* | 3.240% | DAILY PERIODIC RATE: | .00900% | YTD FINANCE CHARGE: | $1,612.56 |
|---|---|---|---|---|---|
| NEXT PAYMENT DUE: | 08 December 20 | PAYMENTS ARE DUE: | Monthly | PAYMENT AMOUNT: | $1,512.46 |

**LOAN ACCOUNT 7306   2013 FORD F150 SUPERCREW CAB**

Case 3:16-cv-02293-HZ Document 81-6 Filed 11/04/21 Page 3 of 5

| Posted Date | Transaction Description | Amount | Principal | Interest | Fee | Balance Subject To Interest Rate |
|---|---|---|---|---|---|---|
| 12/14 | Payment ACH POINT WEST CU-Payment *****9430 POINT WEST CU-PaymentGerald Edward Brazie | -$750.97 | -$683.95 | -$67.02 | $0.00 | $23,671.16 |

## LOAN SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| *ANNUAL PERCENTAGE RATE* | 3.240% | DAILY PERIODIC RATE: | .00900% | YTD FINANCE CHARGE: | $402.56 |
| NEXT PAYMENT DUE: | 13 January 21 | PAYMENTS ARE DUE: | Monthly | PAYMENT AMOUNT: | $750.97 |

## STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Total Dividends This Year: | $0.50 | Total IRA Dividends Year to Date: | $0.00 | Total Finance Charges Year to Date: | $3,804.62 |
| Dividends Withheld Year to Date: | $0.00 | | | Dividend Penalties Year to Date: | $0.00 |



| STATEMENT | STATEMENT DATE | PAGE | ACCOUNT NUMBER |
|---|---|---|---|
| | Aug 31, 2021 | 1 of 2 | #430 |

**GERALD BRAZIE**
**PO BOX 14607**
**PORTLAND OR 97293**

| SAVINGS | BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | ENDING BALANCE |
|---|---|---|---|---|
| SAVE00 | $5.00 | $0.00 | -$.00 | $5.00 |

### CE USED AUTO FIXED - SUVF02

| BEGINNING BALANCE | ENDING BALANCE | ANNUAL PERCENTAGE RATE | DAILY PERIODIC RATE | SCHEDULED PAYMENT |
|---|---|---|---|---|
| $7,368.15 | $6,643.68 | 3.990% | .011% | $750.24 |

| PAST DUE AMOUNT | TOTAL AMOUNT DUE | PAYMENT DUE DATE | YTD INTEREST | CREDIT LIMIT |
|---|---|---|---|---|
| $0.00 | $750.24 | 2021-09-15 | $263.47 | $40,611.10 |

| 08/16 | 08/16 | Payment ACH POINT WEST CU*Payment | | 750.24 | 6643.68 |

### CE USED AUTO FIXED - SUVF04

| BEGINNING BALANCE | ENDING BALANCE | ANNUAL PERCENTAGE RATE | DAILY PERIODIC RATE | SCHEDULED PAYMENT |
|---|---|---|---|---|
| $65,657.54 | $64,371.74 | 3.240% | .009% | $1,512.46 |

| PAST DUE AMOUNT | TOTAL AMOUNT DUE | PAYMENT DUE DATE | YTD INTEREST | CREDIT LIMIT |
|---|---|---|---|---|
| $106.12 | $1,618.58 | 2021-09-08 | $1,519.48 | $0.00 |

| 08/09 | 08/09 | Payment ACH POINT WEST CU*Payment | | 1497.30 | 64371.74 |
| 08/09 | 08/09 | Memo Tran Late Fee - Paid: $25.00 | | 0.00 | 64371.74 |

### CE USED AUTO FIXED - SUVF05

| BEGINNING BALANCE | ENDING BALANCE | ANNUAL PERCENTAGE RATE | DAILY PERIODIC RATE | SCHEDULED PAYMENT |
|---|---|---|---|---|
| $18,819.19 | $18,120.01 | 3.240% | .009% | $750.97 |

| PAST DUE AMOUNT | TOTAL AMOUNT DUE | PAYMENT DUE DATE | YTD INTEREST | CREDIT LIMIT |
|---|---|---|---|---|
| $0.00 | $750.97 | 2021-09-13 | $456.61 | $0.00 |

| | STATEMENT | STATEMENT DATE | PAGE | ACCOUNT NUMBER |
|---|---|---|---|---|
| | | Aug 31, 2021 | 2 of 2 | #430 |



| 08/13 | 08/13 | Payment ACH POINT WEST CU*Payment | 750.97 | 18120.01 |

SENVOY_DOL2021_007082