# Exhibit 7

## Life Insurance

| Insured<br>Policy Number | Product Type/<br>Policy Date | Net Death<br>Benefit | Annualized<br>Premium | Last Ann Dividend/<br>Dividend Option | Net Accumulated<br>Value [1] | Total<br>Loans |
|---|---|---|---|---|---|---|
| **Gerald E Brazie Jr** | | | | | | |
| 17631665 | ADJUSTABLE COMPLIFE<br>09/09/2006 | $557,849.00 | $12,528.00 | $11,380.13<br>PUR ADDS | $35,907.26 | $192,150.85 |
| 16420948 | ADJUSTABLE COMPLIFE<br>04/09/2003 | $439,020.00 | $7,308.00 | $9,172.21<br>PUR ADDS | $36,291.91 | $163,216.11 |
| 15729005 | VARIABLE COMPLIFE<br>04/18/2001 | $368,388.00 | $6,950.00 | $2,120.42<br>INC VAL | $55,454.60 | $149,541.58 |
| | **Traditional Grand Total** | $996,869.00 | $19,836.00 | $20,552.34 | $72,199.17 | $355,366.96 |
| | **Variable Grand Total** | $368,388.00 | $6,950.00 | $2,120.42 | $55,454.60 | $149,541.58 |
| | **Grand Total** | $1,365,257.00 | $26,786.00 | $22,672.76 | $127,653.77 | $504,908.54 |

**Prepared By:**
Ronald Scott King | Financial Representative
503.542.9111 | ron.king@nm.com | www.ronking-nm.com CA#0779588

**Report Date:** November 03, 2021
**Page:** 1 of 5

© 2021 The Northwestern Mutual Life Insurance Company. All rights reserved.     This report is not complete without the accompanying "Disclosures" pages.



**GERALD E BRAZIE JR REPORT**
**Information As Of:** April 30, 2021
**Prepared For:** Gerald E Brazie Jr

| Life Insurance | | | | | |
|---|---|---|---|---|---|
| **Insured Policy Number** | **Product Type** | **Beneficiary** | **Owner** | **Payer** | **Billing Account** |
| **Gerald E Brazie Jr** | | | | | |
| 17631665 | ADJUSTABLE COMPLIFE | Kathie S Brazie | Gerald E Brazie Jr | Senvoy LLC | 9509784 |
| 16420948 | ADJUSTABLE COMPLIFE | Kathie S Brazie | Gerald E Brazie Jr | Senvoy LLC | 9509784 |
| 15729005 | VARIABLE COMPLIFE | Kathie S Brazie | Gerald E Brazie Jr | Senvoy LLC | 9182868 |

**Prepared By:**
Ronald Scott King | Financial Representative
503.542.9111 | ron.king@nm.com | www.ronking-nm.com  CA#0779588

**Report Date:** November 03, 2021
**Page:** 2 of 5

© 2021 The Northwestern Mutual Life Insurance Company. All rights reserved.   This report is not complete without the accompanying "Disclosures" pages.

## End Notes

[1]  The Accumulated Value is, depending on the contract, either the (a) policy value, or (b) the cash value plus a non-guaranteed dividend, if any, that may be paid at the time the policy is surrendered.

## Disclosures

Northwestern Mutual® is a trademark of The Northwestern Mutual Life Insurance Company. Northwestern Mutual is the marketing name for The Northwestern Mutual Life Insurance Company, Milwaukee, WI (NM) (life and disability insurance, annuities and life insurance with long-term care benefits), customer service 1-800-388-8123, and its subsidiaries. Northwestern Long Term Care Insurance Company, Milwaukee, WI (NLTC) (long-term care insurance), customer service 1-800-890-6704, is a subsidiary of NM. **Northwestern Mutual Investment Services, LLC**, Milwaukee, WI (NMIS) (securities), customer service 1-866-664-7737, is a subsidiary of NM, broker-dealer, registered investment adviser, member FINRA and SIPC. Northwestern Mutual Wealth Management Company®, Milwaukee, WI (NMWMC) (fiduciary and fee-based financial planning services), customer service 1-866-664-7737, is a subsidiary of NM and a federal savings bank. Investment products and trust services are not insured by the FDIC, are not deposits or other obligations of, or guaranteed by, NMWMC or its affiliates and are subject to investment risks, including possible loss of the principal amount invested. LearnVest, Inc. is owned by NM Planning, LLC, a subsidiary of NM. The products and services referenced are offered and sold only by appropriately appointed and licensed entities and representatives of such entities. Each Financial Representative represents one or more, but not necessarily all of the entities shown. Recommendations and/or transactions involving equities and fixed income securities may only be offered and/or sold by appropriately registered and appointed representatives of NMIS or NMWMC. If you have any questions, please contact your Financial Representative. For general information, please visit us on the web at www.northwesternmutual.com.

This report is provided as a courtesy to you for informational purposes only and may not reflect all assets, policies, contracts, securities, or accounts you own. This is not an official reporting document for your assets. We encourage you to review and maintain the original, official reporting documents relating to the assets shown (contracts, policy statements, account statements, confirmations, etc.). You should refer to the official documents when determining the value of your assets. Those official documents may also contain notices, disclosures and other information that is important for you to know and are reliable reference pieces if you have any questions about the accuracy of information shown on this report. The information in this report has not been audited or verified, and does not in any way alter or supersede the terms of any policy, contract, confirmation, prospectus or statement received from NM, NMIS, NMWMC, NLTC, their subsidiaries or affiliates, or third party service providers or other organizations.

Some of the assets shown may not be owned or controlled by the person or entity for whom this report was prepared. Only the respective owner may exercise ownership rights, including changing the beneficiary. You may or may not have an interest in or control over these assets. If the asset has a death benefit or is otherwise payable upon death, any such proceeds will be paid to the beneficiary designated by the owner, unless otherwise limited. This report does not reflect any agreements between the asset owner and others.

Information presented in this report was gathered from multiple sources, including NM; NLTC; Pershing, LLC, member FINRA, NYSE and SIPC (the clearing broker-dealer for NMIS accounts and most NMWMC accounts); NMWMC; Albridge Solutions (data consolidation and performance reporting provider); and Morningstar, Inc.(asset classification). In addition, all mutual fund holdings in investment accounts that are held "Direct to Fund" are custodied by the appropriate mutual fund family (or their designated transfer agent) and holding and valuation information is provided by that mutual fund family.

This information is not a solicitation or a recommendation to buy, sell or hold any policy, contract, security or advisory program. This information should not be used for financial planning purposes. Payments made under a policy/contract, including benefit payments, are subject to the conditions, limitations and exclusions stated in the policy/contract. Please refer to the policy/contract for exact details of terms, conditions, limitations and exclusions. Any decisions made by you based on the information shown are made at your own risk.

We have collected values for the assets shown which were available as of the date shown. For the most up to date values, and information on the lag time in valuation availability for certain assets, consult your Financial Representative. Valuation methodology may differ from product to product, as described elsewhere in the report and in these disclosures.

In some cases, valuations of investment and variable products presented in this report may differ from the valuations shown in your official account statements for those assets because of different pricing methodologies that may be used for statements versus this report. The values shown may use different dates for reporting of trades or dividends or different sources for pricing securities than your official account statements. You should rely on the valuation information contained in your account statements, rather than this report. To more accurately calculate performance, this site will modify the dates on which dividends or income are paid or fees are deducted in connection with assets that transfer into or out of an account.

The values of Direct Participation Programs (DPPs), private, non-exchange trading Real Estate Investment Trusts (REITs), Limited Partnerships and certain other alternative investment vehicles are provided by a third-party intermediary, and therefore may not be reliable. Furthermore, the value for some of these assets may not be available, in which case the initial purchase price or a zero dollar value may be reflected in this report. NM and its subsidiaries and affiliates do not guarantee the accuracy of this information. Any information concerning these assets should be regarded as informational only and should not be relied on.

This report may or may not reflect all holdings or transactions, their values, costs, penalties, surrender fees, charges, or proceeds. Accordingly, this report should not be used as a source document for tax preparation or other purposes. Only official tax forms should be used when preparing tax returns. Please consult with your own tax advisor for specific tax advice.

NM may pay dividends, which are an allocation of divisible surplus to a policyowner. Each year, NM's Board of Trustees, in its sole discretion, determines whether a part of the Company's surplus can be distributed to policyowners in the form of a dividend. The NM Board decides which policies, if any, should

---

**Prepared By:**
Ronald Scott King | Financial Representative
503.542.9111 | ron.king@nm.com | www.ronking-nm.com CA#0779588

**Report Date:** November 03, 2021
**Page:** 3 of 5

© 2021 The Northwestern Mutual Life Insurance Company. All rights reserved.    This report is not complete without the accompanying "Disclosures" pages.

**Northwestern Mutual**

GERALD E BRAZIE JR REPORT
**Information As Of:** April 30, 2021
**Prepared For:** Gerald E Brazie Jr

## Disclosures

get a dividend and the amount of the dividend. There is no guaranteed method or formula for the determination or allocation of this surplus. Accordingly, the Company's approach is subject to change. Neither the existence nor the amount of a dividend is guaranteed on any policy in any given year. Some policies may not receive any dividends in a particular year or years even while other policies receive dividends. Depending on the terms of the policy and personal choice, the dividend may be used to purchase paid-up additional insurance, used to reduce premium payments, left to accumulate at interest, or taken in cash. The dividend, if any, is payable on the policy anniversary. Dividend scale changes, loans and surrenders or withdrawals will affect policy values. Changing dividend usage on your policy may cause total insurance protection to be reduced.

QuietCare® long-term care insurance is issued by NLTC. NLTC may pay dividends, which are a distribution of surplus to a policyowner. Each year, the NLTC's Board of Directors, in its sole discretion, determines whether a part of NLTC's surplus can be distributed to policyowners in the form of a dividend. The NLTC Board decides which policies, if any, should get a dividend and the amount of the dividend. There is no guaranteed method or formula for the determination or allocation of this surplus. Accordingly, NLTC's approach is subject to change. Neither the existence nor the amount of a dividend is guaranteed on any policy in any given year. Some policies may not receive any dividends in a particular year or years even while other policies receive dividends. Any dividends will be used to reduce future premiums, or if not so used because the policy is in a non-premium paying status, will be accumulated as a premium refund which may not exceed the aggregate premiums paid. The cumulative premium refund will be paid at the earlier of cancellation or termination of the policy or death of the insured, per the policy's terms.

The "Annualized Premiums" column values are the policy premiums payable for your policy(s) according to the Company's records, as of the last anniversary for the policy(s) and based on the premium billing frequency selected by the owner/payer. Premiums generally may be payable monthly, quarterly, semi-annually or annually per the terms of the policy and as elected by the policyowner. An additional charge is imposed if the premium is paid on a monthly, quarterly or semi-annual basis, and is reflected in the amounts shown. For more information, please visit the "Annual Percentage Rate Calculator" on our website at www.northwesternmutual.com. If a premium is not paid when due, the policy may terminate or the coverage may decrease. Accumulated values displayed may not reflect actual premium payment status. For variable contracts, the accumulated value may increase or decrease daily depending on the investment experience of the separate account(s). Actual values will be determined at the time of surrender. For universal life policies, the values shown are the reminder premium values selected by the owner/payer on an annualized basis. For details, please see your policy, and for variable policies, also see the current prospectus.

"Accumulated value" is, depending on the contract, either the (a) policy value, or (b) the cash value plus a non-guaranteed dividend, if any, that may be paid at the time the policy is surrendered. In most situations, Net Accumulated Value is the Accumulated Value less policy debt and surrender charges, if any. A portion of the guaranteed portion of this value is also available to policyowners in the form of policy loans. The Net Accumulated Value is generally the Total Accumulated Value less any loan balance and any surrender charge. Total Accumulated Value includes the accumulated value of any paid-up additional insurance. Values displayed may not reflect actual premium payment status, and final values may be adjusted to account for unpaid premiums. For variable contracts, the accumulated value may increase or decrease daily depending on the investment experience of the separate account(s). Actual values will be determined at the time of surrender. For universal life insurance, the values shown are the Cash Surrender Values, which are the amounts payable upon surrender of the policy. The Universal Life BOLI or COLI Cash Surrender Value is payable on surrender only if all conditions of the Amendment to Cash Surrender Value Provision are met. For non-variable universal life policies, that amount is equal to the contract fund value less any surrender charge and loan. For variable universal life policies, that amount is equal to the invested assets less any surrender charge and loan. For details, please see your policy, and for variable policies, also see the current prospectus.

Loans with Market Loan Rate (MLR) or Adjustable Loan Rate (ALR) provisions may have the loan interest rate adjusted annually on January 1. The Market Loan Rate is also referred to as the variable loan interest rate.

The NM Billing Account Surplus Account is part of NM's General Account. Any interest paid within a Billing Account surplus may be taxable, so please consult your tax advisor. The NM Billing Account Surplus Account is not a bank account, and it is not insured by the FDIC or any other government agency. As part of NM's General Account, the Billing Account surplus is backed by the financial strength of the Company, although it is subject to claims of our creditors. NM reserves the right to make changes to the provisions and terms of the surplus account.

Northwestern Access Fund SM: If a Northwestern Access Fund account is shown, the account's owner has access to these funds simply by writing a draft for all or part of the account balance, and then depositing or using the draft as desired. The actual value of the account may be different from the value shown, due to recent transactions or other activity. The Northwestern Access Fund is part of NM's General Account and backed by the financial strength of the Company. Interest paid on account funds may be taxable; please consult your tax advisor. The Northwestern Access Fund account is not a bank account; it is not insured by the FDIC or any other government agency. See the Northwestern Access Fund Customer Agreement and Terms and Conditions for more information.

You should consider requesting more detailed information about your life insurance policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage until after obtaining additional information either from your Financial Representative or directly from The Northwestern Mutual Life Insurance Company, 720 E. Wisconsin Ave., Milwaukee, WI 53202 (customer service 1-800-388-8123).

In addition to summarizing your insurance assets, this report consolidates your brokerage, variable annuity, and investment advisory holdings. However, the investment asset group(s) that this report depicts may or may not be managed by NMWMC as an investment adviser. Keep in mind that NMWMC is only an investment adviser as to those assets that are within investment advisory accounts. Because this report consolidates different types of investment assets, it should not be used as the basis for making asset allocation or rebalancing decisions for your investment accounts. Please refer to official performance reports (described below), account statements or other advisory account specific reports when considering rebalancing, asset allocation or other changes to your investment account holdings. Investment products are subject to investment risks, including possible loss of the principal amount invested.

The Northwestern Mutual Signature Portfolios, Signature Choice, Signature Annuities and Signature Managed Accounts programs are fee-based advisory programs offered by NMWMC.

**Prepared By:**
Ronald Scott King | Financial Representative
503.542.9111 | ron.king@nm.com | www.ronking-nm.com  CA#0779588

**Report Date:** November 03, 2021
**Page:** 4 of 5

© 2021 The Northwestern Mutual Life Insurance Company. All rights reserved.   This report is not complete without the accompanying "Disclosures" pages.

## Disclosures

Negative cash/margin positions included in this report are related to either margin or to Loan Advance balances. Loan Advance borrowings have limitations on permissible uses of those proceeds. For more information, consult with your Financial Representative.

For Variable Life policies : Variable Life policies are insurance products, but there are some aspects of a Variable Life policy that have investment characteristics. The invested asset values of the policy will be included in the asset classes that align with the fund(s) you selected. The value of invested assets reported may assume that premiums are paid to the next anniversary date and does not reflect any adjustment for premiums that have not been paid or applicable surrender charges or loans. The value of invested assets and Net Accumulated Value of your policy are not necessarily the same. For information on the Net Accumulated Value, referred to Cash Value in the contract, please see your policy, the prospectus and your most recent statement. Depending on the terms of the policy, the death benefit coverage of a variable life policy may fluctuate based on the terms of the policy and market performance. The policyowner can access the policy's net accumulated value while the insured is alive, subject to the policy's terms and any restrictions. Upon the insured's death, the death benefit is paid according to the policy.

For information about your holdings, including fees and conflicts of interest, see the applicable client agreement, program disclosure brochure and prospectus or similar disclosure document for the variable policy, contract, mutual fund, other security or product. NMIS and NMWMC, as subsidiaries of The Northwestern Mutual Life Insurance Company, are under common control with a number of other financial services companies. This affiliation offers many benefits and resources to NMIS and NMWMC, but also may create potential conflicts of interest. Conflicts of interest also may arise as a result of agreements between NMIS and third parties. For information, please see "Important Investment Disclosure Information" available through your Financial Representative or online at  https://www.northwesternmutual.com/investing-disclosure/.

Trust and Private Client Services Accounts : Assets in NMWMC Trust or Private Client Services accounts may be included in this report. Such assets are held by third party custodians designated by NMWMC. NMWMC have not audited or verified the data received from such third party custodians.

Direct to Fund Accounts : Some investment assets included in this report may be "Direct to Fund" accounts, which means those assets are maintained and controlled by a mutual fund family or its transfer agent, not NMIS or its clearing broker, Pershing. You can determine whether your investment assets are Direct to Fund accounts by reviewing the "Fund Family" column in the Investment/Variable Products Summary section of this report. Accounts that have an entry in the "Fund Family" column are Direct to Fund accounts . For Direct to Fund accounts, this report reflects holdings and valuation information received from the mutual fund family. Northwestern Mutual does not audit or verify such information. Please review the account statements you receive from the mutual fund family for complete information on these assets.

For 529 Plan Accounts  : Accounts described as "529 Plan" accounts are state college savings plans. Some "529 Plan" accounts in this report are also UGMA/UTMA accounts, and are subject to state UGMA/UTMA statutes as well as 529 Plan restrictions. Please ask your Financial Representative for details on the restrictions applicable to 529 Plan accounts included in this report.

NMIS is a member of SIPC (Securities Investor Protection Corporation), which protects the value of securities in customers' NMIS accounts up to $500,000 (including up to $250,000 for claims for cash). Direct to Fund assets held by outside mutual fund families are not covered by NMIS' SIPC coverage. An explanatory brochure concerning SIPC is available upon request or at www.sipc.org. In addition, NMIS' clearing firm, Pershing LLC (Pershing), carries excess SIPC insurance coverage. Assets held at a custodial institution other than Pershing or other assets "not held" at Pershing, including but not limited to Direct to Fund assets and NMWMC Trust and Private Client Services account assets, are not protected by the excess SIPC insurance policy held by NMIS. For answers to any questions regarding an outside mutual fund family's SIPC coverage, you may either contact your Financial Representative or the appropriate mutual fund family, or refer to the mutual fund family's statement regarding SIPC membership. SIPC coverage does not protect against potential losses due to market fluctuation.

An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although money market funds seek to preserve the value of your investment at $1 per share, it is possible to lose money by investing in such funds.

Values shown in the Accrual column represent either dividends or interest that you are owed by virtue of your ownership of the corresponding security but which are payable at a future date.

**Prepared By:**
Ronald Scott King | Financial Representative
503.542.9111 | ron.king@nm.com | www.ronking-nm.com CA#0779588

**Report Date:** November 03, 2021
**Page:** 5 of 5

© 2021 The Northwestern Mutual Life Insurance Company. All rights reserved.   This report is not complete without the accompanying "Disclosures" pages.